**Plaintiffs Awaiting Determination of 501(c)(3) Tax Exempt Status More Than 270 Days**

| Plaintiff | Tax-exempt status requested | Approximate date initial application, including completed Form 1023 or 1024, was submitted for determination | Passage of time with little, if any, response from IRS | Approximate date(s) IRS requested additional information* | Approximate date(s) Plaintiff responded to IRS requests and/or <u>provided additional information responsive to IRS request(s)</u> | Current status |
|---|---|---|---|---|---|---|
| AMEN | 501(c)(3) | March 2010 | 6 months | October 20, 2010<br>December 8, 2010 | November/December 2010 | Awaiting determination; Application suspended on March 25, 2011 due to AMEN's refusal to respond to intrusive requests |
| First State Patriots, Inc. | 501(c)(3) | March 27, 2012 | 12 months | March 29, 2013 | <u>May 22, 2013</u> | Awaiting determination |
| Linchpins of Liberty | 501(c)(3) | January 3, 2011 | 4 months | February 14, 2012<br>May 6, 2013 | March 2012<br>June 1, 2012<br>August 20, 2012<br><u>January 8, 2013</u> (submitted 225 pages of information)<br>May 13, 2013 | Awaiting determination |
| Liberty Township Tea | 501(c)(3) | January 2011 | 15 months | March 1, 2012<br>January 16, 2013 | <u>May 2012</u><br>February 2013 | Awaiting determination |

| | | | | | | |
|---|---|---|---|---|---|---|
| Party, Inc. | | | | | | |
| Oregon Capitol Watch Foundation | 501(c)(3) | May 28, 2011 | 20 months | January 25, 2013 | February 7, 2013 March 7, 2013 | Awaiting determination |
| Patriots Educating Concerned Americans Now (PECAN) | 501(c)(3) | March 5, 2010 | 23 months | January 31, 2012 (25 questions and 40 sub-parts) April 22, 2013 (17 new questions) | May 3, 2012 April 9, 2013 May 8, 2013 | Awaiting determination |

## Plaintiffs Awaiting Determination of 501(c)(4) Tax Exempt Status

| Plaintiff | Tax-exempt status requested | Approximate date initial application, including completed Form 1023 or 1024, was submitted for determination | Passage of time with little, if any, response from IRS | Approximate date(s) IRS requested additional information* | Approximate date(s) Plaintiff responded to IRS requests and/or provided additional information responsive to IRS request(s) | Current status |
|---|---|---|---|---|---|---|
| Acadiana Patriots | 501(c)(4) | October 10, 2011 | 19 months | May 26, 2013 | No information submitted | Awaiting determination |
| Albuquerque Tea Party, Inc. | 501(c)(4) | December 28, 2009 | 4 months | April 21, 2010 November 16, 2011 | June 8, 2010 January 3, 2012 | Awaiting determination |

| Allen Area Tea Party | 501(c)(4) | July 20, 2010 | 18 months | February 19, 2012<br>February 1, 2013 | March 14, 2012<br>May 11, 2012<br>June 6, 2012<br>August 20, 2012<br>February 12, 2013<br>March 8, 2013 | Awaiting determination |
|---|---|---|---|---|---|---|
| Arlington Tea Party, Inc. | 501(c)(4) | March 2011 | 11 months | February 16, 2012 | No information submitted | Awaiting determination |
| East Jersey Tea Party | 501(c)(4) | November 2011 | 11 months | October 11, 2012 | February 16, 2013 | Awaiting determination |
| Greater Phoenix Tea Party | 501(c)(4) | January 10, 2011 | 13 months | February 14, 2012<br>September 7, 2012 | May 11, 2012<br>June 6, 2012 August 20, 2012<br>September 19, 2012<br>December 28, 2012 | Awaiting determination |
| Greenwich Tea Party Patriots of South Jersey, LLC | 501(c)(4) | April 13, 2011 | 10 months | February 23, 2012<br>June 12, 2012<br>August 2, 2012 | July 16, 2012<br>August 3, 2012<br>October 26, 2012 | Awaiting determination |
| Laurens Co. Tea Party | 501(c)(4) | July 22, 2010 | 25 months | September 6, 2012<br>January 31, 2013 | December 28, 2012<br>February 12, 2013<br>March 5, 2013<br>(submitted 143 pages of information) | Awaiting determination |
| Myrtle Beach Tea Party, Inc. | 501(c)(4) | July 16, 2010 | 18 months | February 8, 2012<br>September 14, 2012 | March 28, 2012<br>May 3, 2012<br>June 5, 2012<br>August 20, 2012<br>September 19, 2012<br>December 28, 2012<br>May 10, 2013 | Awaiting determination |

| North East Tarrant Tea Party, Inc. | 501(c)(4) | October 15, 2010 | 15 months | February 19, 2012 October 1, 2012 January 8, 2013 | March 14, 2012 May 11, 2012 June 6, 2012 August 20, 2012 <u>April 5, 2013</u> (submitted 588 pages of information) | Awaiting determination |
| --- | --- | --- | --- | --- | --- | --- |
| Unite in Action, Inc. | 501(c)(4) | May 13, 2010 | 21 months | January 27, 2012 August 1, 2012 September 26, 2012 | March 7, 2012 May 11, 2012 June 6, 2012 August 20, 2012 <u>February 11, 2013</u> (submitted 189 pages of information) | Awaiting determination |

### Plaintiffs Receiving Tax-Exempt Status Following Significant IRS Delay

| Plaintiff | Tax-exempt status requested | Approximate date initial application, including completed Form 1023 or 1024, was submitted for determination | Passage of time without much, if any, response from IRS | Approximate date(s) IRS requested additional information* | Approximate date(s) Plaintiff responded to IRS requests and/or <u>provided additional information responsive to IRS request(s)</u> | Current status |
| --- | --- | --- | --- | --- | --- | --- |
| American Patriots Against Government Excess | 501(c)(4) | December 2009 | 23 months | December 21, 2011 | <u>January 2012</u> | IRS approved application in June 2012 |
| Chattanooga Tea | 501(c)(4) | November | 7 months | July 2010 | <u>August 9, 2010</u> | IRS approved |

| Party | | 2009 | | | February 10, 2012 | application in April 2013, but exemption only retroactive to May 15, 2012 instead of date of application (November 2009) |
|---|---|---|---|---|---|---|
| Colorado 9-12 Project | 501(c)(4) | April 4, 2011 | 10 months | February 17, 2012 | March 26, 2012 | IRS approved application on May 25, 2012 |
| First Coast Tea Party, Inc. | 501(c)(4) | August 31, 2010 | 17 months | January 31, 2012<br>July 16, 2012<br>August 3, 2012 | February 17, 2012<br>May 3, 2012<br>August 7, 2012<br>October 17, 2012 | IRS approved application on November 19, 2012 |
| Hawaii Tea Party | 501(c)(4) | May 26, 2010 | 4 months | September 27, 2010<br>January 26, 2012 | October 14, 2010<br>February 9, 2012<br>February 29, 2012<br>March 15, 2012 | IRS approved application on July 12, 2012 |
| The Honolulu Tea Party | 501(c)(4) | December 31, 2011 | 7 months | July 27, 2012<br>September 26, 2012 | August 17, 2012<br>October 17, 2012<br>December 19, 2012 (submitted 37 pages of information) | IRS approved application on March 7, 2013 |
| Kentucky 9/12 Project, Inc. | 501(c)(4) | December 31, 2010 | 13 months | February 14, 2012<br>September 4, 2012 | March 6, 2012<br>May 11, 2012<br>June 6, 2012<br>August 20, 2012<br>September 6, 2012<br>February 5, 2013 (submitted 228 | IRS approved application on March 28, 2013 |

| | | | | | pages of information) | |
|---|---|---|---|---|---|---|
| Manassas Tea Party | 501(c)(4) | June 8, 2010 | 20 months | June 25, 2010 September 17, 2010 January 25, 2012 February 16, 2012 March 16, 2012 July 2012 | October 2010 October 15, 2012 | IRS approved application on November 29, 2012 |
| Mid-South Tea Party | 501(c)(4) | July 23, 2011 | 11 months | June 18, 2012 | June/July 2012 | IRS approved application on September 24, 2012 |
| OKC PIA Association | 501(c)(4) | October 2010 | 16 months | February 9, 2012 | March 14, 2012 June 2012 | IRS approved application on July 12, 2012 |
| Protecting American Values, Inc. | 501(c)(3) | January 18, 2011 | 11 months | February 8, 2012 | February 29, 2012 (and monthly between January 2011 and April 2012) | IRS approved application on July 12, 2012 |
| Richmond Tea Party, Inc. | 501(c)(4) | December 28, 2009 | 10 months | September 17, 2010 January 9, 2012 | October 2010 (submitted approx. 500 pages of information) March 26, 2012 | IRS approved application on July 12, 2012 |
| Roane County Tea Party | 501(c)(4) | March 16, 2010 | 21 months | January 18, 2012 August 18, 2012 January 13, 2013 | March 30, 2012 December 13, 2012 January 21, 2013 | IRS approved application on April 15, 2013; tax exemption revoked as of June 17, 2013 |
| Rochester Tea | 501(c)(4) | August 2009 | 34 months/3 | February 19, 2012 | February/March | IRS approved |

| Party Patriots | | (for 501(c)(3) stats), resubmitted in June 2012 as 501(c)(4) status | months | July 3, 2012 | 2012 | application on September 6, 2012 |
|---|---|---|---|---|---|---|
| San Antonio Tea Party, Inc. | 501(c)(4) | July 29, 2010 | 19 months | February 2, 2012 | February/March 2012<br>April 2, 2012 | IRS approved application on June 21, 2012 |
| Shenandoah Valley Tea Party Patriots | 501(c)(4) | April 20, 2010 | 21 months | January 31, 2012 | February 21, 2012 (submitted 892 pages of information) | IRS approved application on June 25, 2012 |
| Shelby County Liberty | 501(c)(4) | September 9, 2010 | 17 months | February 7, 2012<br>July 13, 2012 | February 24, 2012<br>March 21, 2012<br>May 11, 2012<br>June 6, 2012<br>July 16, 2012<br>October 15, 2012 (submitted 87 pages of information) | IRS approved application on November 7, 2012 |
| Waco Tea Party | 501(c)(4) | July 7, 2010 | 18 months | February 1, 2012<br>August 21, 2012 | March 6, 2012<br>March 14, 2012<br>May 11, 2012<br>June 6, 2012<br>September 5, 2012<br>January 8, 2013 (submitted 201 pages of information) | IRS approved application on March 7, 2013 |
| Wetumpka Tea Party, Inc. | 501(c)(4) | October 2010 | 16 months | February 3, 2012 | March 7, 2012<br>March 14, 2012 | IRS approved application on |

|  |  |  |  |  |  | July 9, 2012 |

## Plaintiffs Choosing Not to Pursue Tax-Exempt Status Due to Unlawful IRS Conduct

| Plaintiff | Tax-exempt status requested | Approximate date initial application, including completed Form 1023 or 1024, was submitted for determination | Passage of time with little, if any, response from IRS | Approximate date(s) IRS requested additional information* | Approximate date(s) Plaintiff responded to IRS requests and/or <u>provided additional information responsive to IRS request(s)</u> | Current status |
|---|---|---|---|---|---|---|
| The Common Sense Campaign Corp. | 501(c)(4) | July 9, 2010 | 19 months | February 7, 2012<br>March 16, 2012<br>August 1, 2012 | No additional information submitted. | Application suspended by IRS on August 1, 2012; case closed by IRS on November 13, 2012 |
| Mississippi Tea Party, Inc. | 501(c)(4) | May 1, 2009 | 18 months | September 28, 2010<br>January 10, 2012 | <u>November 15, 2010</u><br>January 21, 2012<br>February 11, 2012 | Withdrew application on February 28, 2012 |
| San Fernando Valley Patriots, Inc. | 501(c)(4) | October 23, 2010 | 16 months | February 28, 2012 | No information submitted. | Withdrew application on July 18, 2012 |
| Tri-Cities Tea Party | 501(c)(4) | March 2010 | 19 months | October 14, 2010<br>January 20, 2012<br>August 21, 2012 | <u>October 26, 2010</u><br>April 24, 2012<br>May 8, 2012<br>June 5, 2012 | Withdrew application on January 9, 2013 |

|  |  |  |  |  | August 20, 2012<br>September 5, 2012 |  |
| --- | --- | --- | --- | --- | --- | --- |
| Portage County Tea Party, Inc. | 501(c)(4) | June 2011 | 15 months | August 1, 2012 | No information submitted | Withdrew application in November 2012 |