| Form **1024** | **Application for Recognition of Exemption** | OMB No. 1545-0057 |
|---|---|---|
| (Rev. September 1998)<br>Department of the Treasury<br>Internal Revenue Service | **Under Section 501(a)** | If exempt status is approved, this application will be open for public inspection. |

Read the instructions for each Part carefully. **A User Fee must be attached to this application.**
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to the organization.
**Complete the Procedural Checklist on page 6 of the instructions.**

**Part I. Identification of Applicant** (Must be completed by all applicants; also complete appropriate schedule.)
Submit only the schedule that applies to your organization. Do not submit blank schedules.

Check the appropriate box below to indicate the section under which the organization is applying:

a ☐ Section 501(c)(2)—Title holding corporations (Schedule A, page 7)

b ☑ Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 8)

c ☐ Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 9)

d ☐ Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 9)

e ☐ Section 501(c)(7)—Social clubs (Schedule D, page 11)

f ☐ Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident, or other benefits to members (Schedule E, page 13)

g ☐ Section 501(c)(9)—Voluntary employees' beneficiary associations (Parts I through IV and Schedule F, page 14)

h ☐ Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident, or other benefits (Schedule E, page 13)

i ☐ Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, page 15)

j ☐ Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 16)

k ☐ Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (Schedule I, page 17)

l ☐ Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Parts I through IV and Schedule J, page 18)

m ☐ Section 501(c)(19)—A post, organization, auxiliary unit, etc., of past or present members of the Armed Forces of the United States (Schedule K, page 19)

n ☐ Section 501(c)(25)—Title holding corporations or trusts (Schedule A, page 7)

| 1a Full name of organization (as shown in organizing document)<br><br>**Greater Phoenix Tea Party** | 2 Employer identification number (EIN) (if none, see **Specific Instructions** on page 2) |
|---|---|
| 1b c/o Name (if applicable) | 3 Name and telephone number of person to be contacted if additional information is needed |
| 1c Address (number and street)    Room/Suite<br>**2318 W Montebello Ave** | **Kelly Townsend** |
| 1d City, town or post office, state, and ZIP + 4   If you have a foreign address, see **Specific Instructions** for Part I, page 2.<br>**Phoenix, AZ** | |

| 1e Web site address<br>**www.Phoenixteaparty.ning.com** | 4 Month the annual accounting period ends<br>**December** | 5 Date incorporated or formed<br>**10/09/09** |
|---|---|---|

6 Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? ☐ Yes ☑ No
If "Yes," attach an explanation.

7 Has the organization filed Federal income tax returns or exempt organization information returns? . . . . . . . ☐ Yes ☑ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

8 Check the box for the type of organization. ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

a ☐ Corporation— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also attach a copy of the bylaws.

b ☐ Trust— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.

c ☑ Association— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence that the organization was formed by adoption of the document by more than one person. Also include a copy of the bylaws.

If this is a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . . ▶ ☐

**PLEASE SIGN HERE**

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization, and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

▶ ................................................ .................................................... ...................
(Signature)    (Type or print name and title or authority of signer)    (Date)

**For Paperwork Reduction Act Notice, see page 5 of the instructions.**    Cat. No. 12343K

**EXHIBIT 3**

## Part II. Activities and Operational Information (Must be completed by all applicants)

1 Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: **(a)** a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; **(b)** when the activity was or will be initiated; and **(c)** where and by whom the activity will be conducted.

**Educating the public on the US Constitution - this allows the public to be more informed to vote in the elections. This activity has been occurring since inception and will continue to be part of the program. The activity will be conducted by Constitutional Scholars as well as others who have extensive knowledge of the US Constitution and its formation.**

**Educating the public on government processes - This allows the public to understand how our government works and gives the public better information to vote for or against candidates and initiatives.**

**Candidates, regardless of party affiliation, and Initiative Persons, both for and against, are welcomed to speak with the group. This is done to allow the public to learn more about candidates and initiatives to make a more informed decision on their vote. This activity has been allowed since inception and will continue to be allowed.**

2 List the organization's present and future sources of financial support, beginning with the largest source first.

**The organizations financial support is from the public who decide to donate to the cause of educating the public. No financial support is taken from candidates, political action committees, or political parties.**

| | | |
|---|---|---|
| Form **1024**<br>(Rev. September 1998)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Recognition of Exemption<br>Under Section 501(a)** | OMB No. 1545-0057<br><br>If exempt status is approved, this application will be open for public inspection. |

Read the instructions for each Part carefully. **A User Fee must be attached to this application.**
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to the organization.
**Complete the Procedural Checklist on page 6 of the instructions.**

**Part I. Identification of Applicant** (Must be completed by all applicants; also complete appropriate schedule.) Submit only the schedule that applies to your organization. Do not submit blank schedules.

Check the appropriate box below to indicate the section under which the organization is applying:

- **a** ☐ Section 501(c)(2)—Title holding corporations (Schedule A, page 7)
- **b** ☑ Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 8)
- **c** ☐ Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 9)
- **d** ☐ Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 9)
- **e** ☐ Section 501(c)(7)—Social clubs (Schedule D, page 11)
- **f** ☐ Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident, or other benefits to members (Schedule E, page 13)
- **g** ☐ Section 501(c)(9)—Voluntary employees' beneficiary associations (Parts I through IV and Schedule F, page 14)
- **h** ☐ Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident, or other benefits (Schedule E, page 13)
- **i** ☐ Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, page 15)
- **j** ☐ Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 16)
- **k** ☐ Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (Schedule I, page 17)
- **l** ☐ Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Parts I through IV and Schedule J, page 18)
- **m** ☐ Section 501(c)(19)—A post, organization, auxiliary unit, etc., of past or present members of the Armed Forces of the United States (Schedule K, page 19)
- **n** ☐ Section 501(c)(25)—Title holding corporations or trusts (Schedule A, page 7)

| | | |
|---|---|---|
| **1a** Full name of organization (as shown in organizing document)<br><br>**UNITE IN ACTION, INC.** | | **2** Employer identification number (EIN) (if none, see **Specific Instructions** on page 2) |
| **1b** c/o Name (if applicable) | | **3** Name and telephone number of person to be contacted if additional information is needed |
| **1c** Address (number and street)<br>**37637 FIVE MILE RD., #290** | Room/Suite | **Gerald R. Thompson** |
| **1d** City, town or post office, state, and ZIP + 4   If you have a foreign address, see Specific Instructions for Part I, page 2.<br>**LIVONIA, MI   48154** | | |

| | | | |
|---|---|---|---|
| **1e** Web site address | **4** Month the annual accounting period ends<br>**December** | **5** Date incorporated or formed<br>**November 20, 2009** | |

**6** Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? If "Yes," attach an explanation. ☐ Yes ☑ No

**7** Has the organization filed Federal income tax returns or exempt organization information returns? . . . . . . . ☐ Yes ☑ No If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

**8** Check the box for the type of organization. ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

- **a** ☑ Corporation— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also attach a copy of the bylaws.
- **b** ☐ Trust— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.
- **c** ☐ Association— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence that the organization was formed by adoption of the document by more than one person. Also include a copy of the bylaws.

If this is a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . ▶ ☐

**PLEASE SIGN HERE** ▶ I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization, and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

(Signature) _Stephani Scruggs, President_   (Type or print name and title or authority of signer)   **5-13-2010** (Date)

For Paperwork Reduction Act Notice, see page 5 of the Instructions.   Cat. No. 12343K

EXHIBIT 3

**Part II. Activities and Operational Information** (Must be completed by all applicants)

1 Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: **(a)** a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; **(b)** when the activity was or will be initiated; and **(c)** where and by whom the activity will be conducted.

Unite In Action, Inc. is organized for the promotion of social welfare by urging the public to contact members of a legislative body for the purpose of proposing, supporting, or opposing legislation, and advocating the adoption or rejection of legislation.

In other words, the purpose of Unite In Action, Inc. is to influence legal, social and governmental policies. The primary means of achieving this is by grassroots lobbying, namely, educating the public and influencing public opinion. The organization is an "action organization."

The primary issues to be emphasized by the organization include the promoting of a smaller federal government with limited powers, civic fiscal responsibility and economic stability, fidelity to the republic and its founding principles, shifting the creation of jobs from the public sector to the private sector, and lobbying for the repeal of excessive government regulations.

The organization will hold public rallies, provide training seminars to the public, and issue position papers and declarations. The organization is a sponsor of the March On DC 2010, to be held in September, 2010.

Unite In Action, Inc. will also work with other 501(c)(4) and 501(c)(3) organizations on specific issues, signing petitions, and registering or organizing voters.

2 List the organization's present and future sources of financial support, beginning with the largest source first.

Contributions and sponsorship fees from other 501(c)(4) and 501(c)(3) organizations.

Seminar and training fees paid by members of the public.

Revenue from sales of related merchandise.

Gifts and contributions from the general public.

## Part II. Activities and Operational Information (continued)

3 Give the following information about the organization's governing body: the Board of Directors

| a Names, addresses, and titles of officers, directors, trustees, etc. | b Annual compensation |
|---|---|
| Stephani Scruggs, [redacted] (President & Director) | -0- |
| Patrick Jenkins, [redacted] (Vice President & Director) | -0- |
| Gerald Thompson [redacted] (Secretary & Director) | -0- |
| Larry Burton, [redacted] (Treasurer & Director) | -0- |
| Twana Blevins, [redacted] (Director) | -0- |
| Jay Devereaux, [redacted] (Director) | -0- |
| Toby Marie Walker [redacted] (Director) | -0- |

4 If the organization is the outgrowth or continuation of any form of predecessor, state the name of each predecessor, the period during which it was in existence, and the reasons for its termination. Submit copies of all papers by which any transfer of assets was effected.

N/A

5 If the applicant organization is now, or plans to be, connected in any way with any other organization, describe the other organization and explain the relationship (e.g., financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees).

N/A

6 If the organization has capital stock issued and outstanding, state: **(1)** class or classes of the stock; **(2)** number and par value of the shares; **(3)** consideration for which they were issued; and **(4)** if any dividends have been paid or whether your organization's creating instrument authorizes dividend payments on any class of capital stock.

N/A

7 State the qualifications necessary for membership in the organization; the classes of membership (with the number of members in each class); and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Attach sample copies of all types of membership certificates issued.

The Corporation shall have no members other than the persons elected or appointed as members of the Board of Directors.

8 Explain how your organization's assets will be distributed on dissolution.

All of the business, properties, assets and income of the Corporation remaining after payment, or provision for payment, of all debts and liabilities of this Corporation, shall be distributed to a nonprofit fund, association, or corporation which is organized and operated exclusively for tax exempt purposes which are reasonably related to the purposes and goals of this Corporation, and which has established its tax exempt status under §501(c)(4) of the Internal Revenue Code.

**Part II. Activities and Operational Information** (continued)

9 Has the organization made or does it plan to make any distribution of its property or surplus funds to shareholders or members? . . . . . ☐ Yes ☑ No
If "Yes," state the full details, including: (1) amounts or value; (2) source of funds or property distributed or to be distributed; and (3) basis of, and authority for, distribution or planned distribution.

10 Does, or will, any part of your organization's receipts represent payments for services performed or to be performed? . ☑ Yes ☐ No
If "Yes," state in detail the amount received and the character of the services performed or to be performed.
**The organization expects to receive, but has not yet received any, seminar and training fees paid by members of the public for information relating to grassroots political involvement, history of the republic, and legislative initiatives.**

11 Has the organization made, or does it plan to make, any payments to members or shareholders for services performed or to be performed? . . . . . ☐ Yes ☑ No
If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been, or will be, made.

12 Does the organization have any arrangement to provide insurance for members, their dependents, or others (including provisions for the payment of sick or death benefits, pensions, or annuities)? . . . . . ☐ Yes ☑ No
If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan document and each type of policy issued.

13 Is the organization under the supervisory jurisdiction of any public regulatory body, such as a social welfare agency, etc.? . . . . . ☐ Yes ☑ No
If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision, as well as copies of applications or requests for the opinions or decisions.

14 Does the organization now lease or does it plan to lease any property? . . . . . ☐ Yes ☑ No
If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship between the applicant organization and the other party. Also, attach a copy of any rental or lease agreement. (If the organization is a party, as a lessor, to multiple leases of rental real property under similar lease agreements, please attach a single representative copy of the leases.)

15 Has the organization spent or does it plan to spend any money attempting to influence the selection, nomination, election, or appointment of any person to any Federal, state, or local public office or to an office in a political organization? . . ☐ Yes ☑ No
If "Yes," explain in detail and list the amounts spent or to be spent in each case.

16 Does the organization publish pamphlets, brochures, newsletters, journals, or similar printed material? . . . . . ☐ Yes ☑ No
If "Yes," attach a recent copy of each.

**Part III. Financial Data** (Must be completed by all applicants)

*Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence.* ***If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.***

## A. Statement of Revenue and Expenses

| | | (a) Current Tax Year | 3 Prior Tax Years or Proposed Budget for Next 2 Years | | | |
|---|---|---|---|---|---|---|
| | **Revenue** | From 1/1/10 To 12/31/10 | (b) 2011 | (c) 2012 | (d) | (e) Total |
| 1 | Gross dues and assessments of members | | | | | |
| 2 | Gross contributions, gifts, etc. | 60,000 | 10,000 | 75,000 | | |
| 3 | Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) (Include related cost of sales on line 9.) | 187,300 | 40,000 | 200,000 | | |
| 4 | Gross amounts from unrelated business activities (attach schedule) | | | | | |
| 5 | Gain from sale of assets, excluding inventory items (attach schedule) | | | | | |
| 6 | Investment income (see page 3 of the instructions) | 100 | 50 | 300 | | |
| 7 | Other revenue (attach schedule) | | | | | |
| 8 | Total revenue (add lines 1 through 7) | 247,400 | 50,050 | 275,300 | | |
| | **Expenses** | | | | | |
| 9 | Expenses attributable to activities related to the organization's exempt purposes | 137,400 | 45,000 | 150,000 | | |
| 10 | Expenses attributable to unrelated business activities | | | | | |
| 11 | Contributions, gifts, grants, and similar amounts paid (attach schedule) | | | | | |
| 12 | Disbursements to or for the benefit of members (attach schedule) | | | | | |
| 13 | Compensation of officers, directors, and trustees (attach schedule) | | | | | |
| 14 | Other salaries and wages | | | | | |
| 15 | Interest | | | | | |
| 16 | Occupancy | | | | | |
| 17 | Depreciation and depletion | | | | | |
| 18 | Other expenses (attach schedule) | 2,600 | 2,600 | 3,000 | | |
| 19 | Total expenses (add lines 9 through 18) | 140,000 | 47,600 | 153,000 | | |
| 20 | Excess of revenue over expenses (line 8 minus line 19) | 107,400 | 2,450 | 122,300 | | |

## B. Balance Sheet (at the end of the period shown)

| | | | Current Tax Year as of 5/30/10 |
|---|---|---|---|
| | **Assets** | | |
| 1 | Cash | 1 | 3,250 |
| 2 | Accounts receivable, net | 2 | |
| 3 | Inventories | 3 | |
| 4 | Bonds and notes receivable (attach schedule) | 4 | |
| 5 | Corporate stocks (attach schedule) | 5 | |
| 6 | Mortgage loans (attach schedule) | 6 | |
| 7 | Other investments (attach schedule) | 7 | |
| 8 | Depreciable and depletable assets (attach schedule) | 8 | |
| 9 | Land | 9 | |
| 10 | Other assets (attach schedule) | 10 | |
| 11 | **Total assets** | 11 | 3,250 |
| | **Liabilities** | | |
| 12 | Accounts payable | 12 | |
| 13 | Contributions, gifts, grants, etc., payable | 13 | |
| 14 | Mortgages and notes payable (attach schedule) | 14 | |
| 15 | Other liabilities (attach schedule) | 15 | |
| 16 | **Total liabilities** | 16 | |
| | **Fund Balances or Net Assets** | | |
| 17 | Total fund balances or net assets | 17 | 3,250 |
| 18 | **Total liabilities and fund balances or net assets** (add line 16 and line 17) | 18 | 3,250 |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation. ▶ ☐

## Part IV. Notice Requirements (Sections 501(c)(9) and 501(c)(17) Organizations Only)

1 Section 501(c)(9) and 501(c)(17) organizations:

Are you filing Form 1024 within 15 months from the end of the month in which the organization was created or formed as required by section 505(c)? . . . ☐ Yes ☐ No

If "Yes," skip the rest of this Part.

If "No," answer question 2.

2 If you answer "No" to question 1, are you filing Form 1024 within 27 months from the end of the month in which the organization was created or formed? . . . ☐ Yes ☐ No

If "Yes," your organization qualifies under Regulation section 301.9100-2 for an automatic 12-month extension of the 15-month filing requirement. Do not answer questions 3 and 4.

If "No," answer question 3.

3 If you answer "No" to question 2, does the organization wish to request an extension of time to apply under the "reasonable action and good faith" and the "no prejudice to the interest of the government" requirements of Regulations section 301.9100-3? . . . ☐ Yes ☐ No

If "Yes," give the reasons for not filing this application within the 27-month period described in question 2. See Specific Instructions, Part IV, Line 3, page 4, before completing this item. Do not answer question 4.

If "No," answer question 4.

4 If you answer "No" to question 3, your organization's qualification as a section 501(c)(9) or 501(c)(17) organization can be recognized only from the date this application is filed. Therefore, does the organization want us to consider its application as a request for recognition of exemption as a section 501(c)(9) or 501(c)(17) organization from the date the application is received and not retroactively to the date the organization was created or formed? . . . ☐ Yes ☐ No

**Schedule B** **Organizations Described in Section 501(c)(4) (Civic leagues, social welfare organizations (including posts, councils, etc., of veterans' organizations not qualifying or applying for exemption under section 501(c)(19)) or local associations of employees.)**

1 Has the Internal Revenue Service previously issued a ruling or determination letter recognizing the applicant organization (or any predecessor organization listed in question 4, Part II of the application) to be exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that the applicant organization (or its predecessor) was carrying on propaganda or otherwise attempting to influence legislation or on the basis that it engaged in political activity? . . ☐ Yes ☑ No

If "Yes," indicate the earliest tax year for which recognition of exemption under section 501(c)(3) was revoked and the IRS district office that issued the revocation.

**N/A**

2 Does the organization perform or plan to perform (for members, shareholders, or others) services, such as maintaining the common areas of a condominium; buying food or other items on a cooperative basis; or providing recreational facilities or transportation services, job placement, or other similar undertakings?. . . . . . . . . . . . . . ☐ Yes ☑ No

If "Yes," explain the activities in detail, including income realized and expenses incurred. Also, explain in detail the nature of the benefits to the general public from these activities. (If the answer to this question is explained in Part II of the application (pages 2, 3, and 4), enter the page and item number here.)

**N/A**

3 If the organization is claiming exemption as a homeowners' association, is access to any property or facilities it owns or maintains restricted in any way? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," explain.

**N/A**

4 If the organization is claiming exemption as a local association of employees, state the name and address of each employer whose employees are eligible for membership in the association. If employees of more than one plant or office of the same employer are eligible for membership, give the address of each plant or office.

**N/A**

| Form **1024** (Rev. September 1998) Department of the Treasury Internal Revenue Service | **Application for Recognition of Exemption Under Section 501(a)** | OMB No. 1545-0057 If exempt status is approved, this application will be open for public inspection. |
|---|---|---|

Read the instructions for each Part carefully. **A User Fee must be attached to this application.** If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to the organization. **Complete the Procedural Checklist on page 6 of the instructions.**

**Part I. Identification of Applicant** (Must be completed by all applicants; also complete appropriate schedule.) Submit only the schedule that applies to your organization. Do not submit blank schedules.

Check the appropriate box below to indicate the section under which the organization is applying:

- a ☐ Section 501(c)(2)—Title holding corporations (Schedule A, page 7)
- b ☑ Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 8)
- c ☐ Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 9)
- d ☐ Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 9)
- e ☐ Section 501(c)(7)—Social clubs (Schedule D, page 11)
- f ☐ Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident, or other benefits to members (Schedule E, page 13)
- g ☐ Section 501(c)(9)—Voluntary employees' beneficiary associations (Parts I through IV and Schedule F, page 14)
- h ☐ Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident, or other benefits (Schedule E, page 13)
- i ☐ Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, page 15)
- j ☐ Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 16)
- k ☐ Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (Schedule I, page 17)
- l ☐ Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Parts I through IV and Schedule J, page 18)
- m ☐ Section 501(c)(19)—A post, organization, auxiliary unit, etc., of past or present members of the Armed Forces of the United States (Schedule K, page 19)
- n ☐ Section 501(c)(25)—Title holding corporations or trusts (Schedule A, page 7)

| 1a Full name of organization (as shown in organizing document) **Allen Area Patriots** | 2 Employer identification number (EIN) (if none, see **Specific Instructions** on page 2) ▮▮▮▮ |
|---|---|

| 1b c/o Name (if applicable) **Charles H. Molyneaux** | 3 Name and telephone number of person to be contacted if additional information is needed |
|---|---|

| 1c Address (number and street) **6618 Estados Drive** | Room/Suite | **Dennis Scharp** |
|---|---|---|
| 1d City, town or post office, state, and ZIP + 4  If you have a foreign address, see **Specific Instructions** for Part I, page 2. **Parker, TX 75002** | | |

| 1e Web site address www.allenareapatriots.org | 4 Month the annual accounting period ends **December** | 5 Date incorporated or formed **6/3/2010** |
|---|---|---|

6 Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code?   ☐ Yes   ☑ No If "Yes," attach an explanation.

7 Has the organization filed Federal income tax returns or exempt organization information returns? . . . . . . . .   ☐ Yes   ☑ No If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

8 Check the box for the type of organization. ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

- a ☑ Corporation— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also attach a copy of the bylaws.
- b ☐ Trust— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.
- c ☐ Association— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence that the organization was formed by adoption of the document by more than one person. Also include a copy of the bylaws.

If this is a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . ▶ ☐

**PLEASE SIGN HERE**

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization, and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

▶ _Dennis H. Scharp_ (Signature)     Dennis G. Scharp / Treasurer (Type or print name and title or authority of signer)     20 July 2010 (Date)

For Paperwork Reduction Act Notice, see page 5 of the instructions.     Cat. No. 12343K

45     EXHIBIT 3



**Part II. Activities and Operational Information** (Must be completed by all applicants)

1 Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: **(a)** a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; **(b)** when the activity was or will be initiated; and **(c)** where and by whom the activity will be conducted.

Allen Area Patriots is dedicated to increasing the awareness level of current events and elected officials representing us in our government.

Our Mission Statement: "To engage the citizens of the Allen area with the political process, to promote issue awareness and to bring freedom loving people in touch with their elected representatives."

Through our meetings and hosted forums, along with our research process (which includes one-on-one interviews and analysis of published materials), our members and meeting attendees gain an understanding of their elected officials and/or candidates running to represent them – including their ideas, platforms, principles and how they see themselves supporting the betterment of their community or district. The dissemination of that information is available to our membership and the public-at-large through Allen Area Patriot meetings and our website.

Activity/Meeting:

1. Candidate Forums (Forums are held prior to primary and general elections)
   Purpose: Provide a platform for candidates running for public office to communicate to our membership and the general public, their principles, beliefs, values and how they, if elected, will serve their constituents.
   Time Frame of Activity: 20% of meeting time is dedicated to hosting candidate forums
   Membership and/or Guest Speaker: Candidates running for Precinct Chairman, County Commissioner, County Judge, County District Attorney, and State Board of Education have participated in the forums. Any candidate running for elected office is given opportunity to attend, introduce themselves and make a brief statement.
2. Election Ballot Discussion (Ballot discussions are held prior to elections)
   Purpose: Provide an open discussion for all attendees to express their opinions of candidates (pros and cons) in an effort to inform attendees in making an educated decision at the ballot box
   Time Frame of Activity: 15% of meeting time
   Membership and/or Guest Speaker: Members of Allen Area Patriots along with any guest/attendee from the public-at-large.

3. Elected Official Forum (Selected by committee to discuss "hot" topics as they come up)
   Purpose: Provide a venue for elected officials to inform members and attendees of pertinent issues that affect them.
   Time Frame of Activity: 10% of meeting time
   Membership and/or Guest Speaker: Texas House Representatives, County Commissioner's Court Judge, County Judge, and City Council Members
4. Legislation Review
   Purpose: Review and analyze selected pieces of local, state, and federal legislation to gain an understanding of the intent of and the potential impacts the legislation may have on the citizenry. The Legislation Review Committee will monitor all pending legislation. Upon approval by the Steering Committee, legislative items will be presented and discussed by the general membership and documented on the organization's website.
   Time Frame of Activity: 10% of meeting time
   Membership and/or Guest Speaker: Legislation Review Committee

2 List the organization's present and future sources of financial support, beginning with the largest source first.

Membership Fundraising:

1. Donations from membership at social gathering held and hosted by Allen Area Patriots by members of the organization.
2. Donations from membership/attendees of meetings held by Allen Area Patriots.
3. Donations received at rallies and other public events from T-shirts, merchandise and miscellaneous promotional items promoting our efforts.



5. Voter Outreach Programs
   Purpose: Establish programs to reach out to voters in the community to inform and get out the vote for all elections. The Voter Outreach Committee will implement programs to be used to communicate voter information to the membership and community at large. The outreach programs will be presented to the Steering Committee for approval
   Time Frame of Activity: 10% of meeting time
   Membership and/or Guest Speaker: Voter Outreach Committee and Volunteers

6. General Discussions
   Purpose: Provide a platform for people to speak out on political and social issues that affect them, their families, their community, and country.
   Time Frame of Activity: 10% of meeting time
   Membership and/or Guest Speaker: All Attendees

7. Events/Fund Raising/Social Gatherings/Rallies
   Purpose: Encourage people to gather in a casual environment and camaraderie while raising funds for the organization. Donations for event and promotional items will be used to communicate to the general public our group's efforts and encourage people to become involved in their communities and the election process.
   Time Frame of Activity: 10% of meeting time
   Membership and/or Guest Speaker: Members and the public at-large are invited to attend

8. Allen Area Patriots Committees
   Purpose: Encourage people to participate through small-scale group efforts and contribute their talents, skills and knowledge for the betterment of the organization and the community at-large.
   Time Frame of Activity: 10% of meeting time
   Membership and/or Guest Speaker: Members and attendees are invited to join a committee and start a new committee. Current committees include: Research Committee, PR/Marketing Committee, Membership Committee, and Steering Committee

9. Constitutional Law
   Purpose: Provide insight on the founding principles of our country, the Constitution and the relationship and impact of current events at the local, state and national level.
   Time Frame of Activity: 5% of meeting time
   Membership and/or Guest Speaker: Various Constitutional Attorneys and Constitutional Scholars

*Based on historic time frames with modifications for election cycles.

## Part II. Activities and Operational Information (continued)

3 Give the following information about the organization's governing body:

| a Names, addresses, and titles of officers, directors, trustees, etc. | b Annual compensation |
|---|---|
| David Christakos - [redacted] Title: Director | None |
| Zodie Christakos - [redacted] Title: Director | None |
| Nancy Fischer - [redacted] Title: Director | None |
| David Keer - [redacted] Title: Director | None |
| Mike Kinsey - [redacted] Title: Director | None |
| Cynthia Meyer - [redacted] Title: Vice Chairman | None |
| Charles Molyneaux - [redacted] Title: Chairman | None |
| Andrew Piziali - [redacted] Title: Director | None |
| Debbie Piziali - [redacted] Title: Director | None |
| Dennis Scharp - [redacted] Title: Treasurer | None |

4 If the organization is the outgrowth or continuation of any form of predecessor, state the name of each predecessor, the period during which it was in existence, and the reasons for its termination. Submit copies of all papers by which any transfer of assets was effected.

None - N/A

5 If the applicant organization is now, or plans to be, connected in any way with any other organization, describe the other organization and explain the relationship (e.g., financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees).

None - N/A

6 If the organization has capital stock issued and outstanding, state: (1) class or classes of the stock; (2) number and par value of the shares; (3) consideration for which they were issued; and (4) if any dividends have been paid or whether your organization's creating instrument authorizes dividend payments on any class of capital stock.

None - N/A

7 State the qualifications necessary for membership in the organization; the classes of membership (with the number of members in each class); and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Attach sample copies of all types of membership certificates issued.

Membership in AAP is open to any freedom-loving American who has a desire to be informed, wants to be involved in making a difference in governance, believes and values tea-party principles (limited government, fiscal responsibility, personal responsibility, rule of law and national sovereignty), and wants to inform the community at large on being engaged and involved in the political process.

8 Explain how your organization's assets will be distributed on dissolution.

Upon dissolution of the Allen Area Patriots, any assets will be donated to a charitable organization agreed upon by the board of directors.

**Part II. Activities and Operational Information** (continued)

**9** Has the organization made or does it plan to make any distribution of its property or surplus funds to shareholders or members? ☐ Yes ☑ No

If "Yes," state the full details, including: **(1)** amounts or value; **(2)** source of funds or property distributed or to be distributed; and **(3)** basis of, and authority for, distribution or planned distribution.

**To-date, Allen Area Patriots has not paid for services performed. However, there may be situations and opportunities in the future to obtain speakers for events hosted by Allen Area Patriots where a speaker's fee may be required.**

**10** Does, or will, any part of your organization's receipts represent payments for services performed or to be performed? ☐ Yes ☑ No

If "Yes," state in detail the amount received and the character of the services performed or to be performed.

**11** Has the organization made, or does it plan to make, any payments to members or shareholders for services performed or to be performed? ☐ Yes ☑ No

If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been, or will be, made.

**12** Does the organization have any arrangement to provide insurance for members, their dependents, or others (including provisions for the payment of sick or death benefits, pensions, or annuities)? ☐ Yes ☑ No

If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan document and each type of policy issued.

**13** Is the organization under the supervisory jurisdiction of any public regulatory body, such as a social welfare agency, etc.? ☐ Yes ☑ No

If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision, as well as copies of applications or requests for the opinions or decisions.

**14** Does the organization now lease or does it plan to lease any property? ☐ Yes ☑ No

If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship between the applicant organization and the other party. Also, attach a copy of any rental or lease agreement. (If the organization is a party, as a lessor, to multiple leases of rental real property under similar lease agreements, please attach a single representative copy of the leases.)

**15** Has the organization spent or does it plan to spend any money attempting to influence the selection, nomination, election, or appointment of any person to any Federal, state, or local public office or to an office in a political organization? ☐ Yes ☑ No

If "Yes," explain in detail and list the amounts spent or to be spent in each case.

**16** Does the organization publish pamphlets, brochures, newsletters, journals, or similar printed material? ☑ Yes ☐ No

If "Yes," attach a recent copy of each.

**Part III. Financial Data** (Must be completed by all applicants)

*Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. **If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.***

## A. Statement of Revenue and Expenses

| | Revenue | (a) Current Tax Year From 1/1/10 To 6/21/10 | 3 Prior Tax Years or Proposed Budget for Next 2 Years (b) | (c) | (d) | (e) Total |
|---|---|---|---|---|---|---|
| 1 | Gross dues and assessments of members | 0 | | | | |
| 2 | Gross contributions, gifts, etc. | 4133 | | | | |
| 3 | Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) (Include related cost of sales on line 9.) | 410 | | | | |
| 4 | Gross amounts from unrelated business activities (attach schedule) | 0 | | | | |
| 5 | Gain from sale of assets, excluding inventory items (attach schedule) | 0 | | | | |
| 6 | Investment income (see page 3 of the instructions) | 0 | | | | |
| 7 | Other revenue (attach schedule) | 0 | | | | |
| 8 | Total revenue (add lines 1 through 7) | 4543 | | | | |
| | **Expenses** | | | | | |
| 9 | Expenses attributable to activities related to the organization's exempt purposes | 606 | | | | |
| 10 | Expenses attributable to unrelated business activities | 0 | | | | |
| 11 | Contributions, gifts, grants, and similar amounts paid (attach schedule) | 0 | | | | |
| 12 | Disbursements to or for the benefit of members (attach schedule) | 0 | | | | |
| 13 | Compensation of officers, directors, and trustees (attach schedule) | 0 | | | | |
| 14 | Other salaries and wages | 0 | | | | |
| 15 | Interest | 0 | | | | |
| 16 | Occupancy | 0 | | | | |
| 17 | Depreciation and depletion | 0 | | | | |
| 18 | Other expenses (attach schedule) | 0 | | | | |
| 19 | Total expenses (add lines 9 through 18) | 606 | | | | |
| 20 | Excess of revenue over expenses (line 8 minus line 19) | 3937 | | | | |

## B. Balance Sheet (at the end of the period shown)

| | Assets | | Current Tax Year as of ........ |
|---|---|---|---|
| 1 | Cash | 1 | 2917 |
| 2 | Accounts receivable, net | 2 | 1020 |
| 3 | Inventories | 3 | |
| 4 | Bonds and notes receivable (attach schedule) | 4 | |
| 5 | Corporate stocks (attach schedule) | 5 | |
| 6 | Mortgage loans (attach schedule) | 6 | |
| 7 | Other investments (attach schedule) | 7 | |
| 8 | Depreciable and depletable assets (attach schedule) | 8 | |
| 9 | Land | 9 | |
| 10 | Other assets (attach schedule) | 10 | |
| 11 | **Total assets** | 11 | 3937 |
| | **Liabilities** | | |
| 12 | Accounts payable | 12 | |
| 13 | Contributions, gifts, grants, etc., payable | 13 | |
| 14 | Mortgages and notes payable (attach schedule) | 14 | |
| 15 | Other liabilities (attach schedule) | 15 | |
| 16 | **Total liabilities** | 16 | 0 |
| | **Fund Balances or Net Assets** | | |
| 17 | Total fund balances or net assets | 17 | 3937 |
| 18 | **Total liabilities and fund balances or net assets** (add line 16 and line 17) | 18 | 3937 |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation. ▶ ☐

 EXHIBIT 3

## Schedule B Organizations Described in Section 501(c)(4) (Civic leagues, social welfare organizations (including posts, councils, etc., of veterans' organizations not qualifying or applying for exemption under section 501(c)(19)) or local associations of employees.)

**1** Has the Internal Revenue Service previously issued a ruling or determination letter recognizing the applicant organization (or any predecessor organization listed in question 4, Part II of the application) to be exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that the applicant organization (or its predecessor) was carrying on propaganda or otherwise attempting to influence legislation or on the basis that it engaged in political activity? . . ☐ Yes ☑ No

If "Yes," indicate the earliest tax year for which recognition of exemption under section 501(c)(3) was revoked and the IRS district office that issued the revocation.

**2** Does the organization perform or plan to perform (for members, shareholders, or others) services, such as maintaining the common areas of a condominium; buying food or other items on a cooperative basis; or providing recreational facilities or transportation services, job placement, or other similar undertakings?. . . . . . . . . . . . . . ☐ Yes ☑ No

If "Yes," explain the activities in detail, including income realized and expenses incurred. Also, explain in detail the nature of the benefits to the general public from these activities. (If the answer to this question is explained in Part II of the application (pages 2, 3, and 4), enter the page and item number here.)

**3** If the organization is claiming exemption as a homeowners' association, is access to any property or facilities it owns or maintains restricted in any way? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

If "Yes," explain.

**4** If the organization is claiming exemption as a local association of employees, state the name and address of each employer whose employees are eligible for membership in the association. If employees of more than one plant or office of the same employer are eligible for membership, give the address of each plant or office.

N/A

Form **1024**
(Rev. September 1998)
Department of the Treasury
Internal Revenue Service

# Application for Recognition of Exemption
## Under Section 501(a)

OMB No. 1545-0057

If exempt status is approved, this application will be open for public inspection.

Read the instructions for each Part carefully. **A User Fee must be attached to this application.**
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to the organization.
**Complete the Procedural Checklist on page 6 of the instructions.**

**Part I. Identification of Applicant** (Must be completed by all applicants; also complete appropriate schedule.)
Submit only the schedule that applies to your organization. Do not submit blank schedules.

Check the appropriate box below to indicate the section under which the organization is applying:

- a ☐ Section 501(c)(2)—Title holding corporations (Schedule A, page 7)
- b ☒ Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 8)
- c ☐ Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 9)
- d ☐ Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 9)
- e ☐ Section 501(c)(7)—Social clubs (Schedule D, page 11)
- f ☐ Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident, or other benefits to members (Schedule E, page 13)
- g ☐ Section 501(c)(9)—Voluntary employees' beneficiary associations (Parts I through IV and Schedule F, page 14)
- h ☐ Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident, or other benefits (Schedule E, page 13)
- i ☐ Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, page 15)
- j ☐ Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 16)
- k ☐ Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (Schedule I, page 17)
- l ☐ Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Parts I through IV and Schedule J, page 18)
- m ☐ Section 501(c)(19)—A post, organization, auxiliary unit, etc., of past or present members of the Armed Forces of the United States (Schedule K, page 19)
- n ☐ Section 501(c)(25)—Title holding corporations or trusts (Schedule A, page 7)

1a Full name of organization (as shown in organizing document)
*Laurens Co. Tea Party*

2 Employer identification number (EIN) (if none, see **Specific Instructions** on page 2)
[redacted]

1b c/o Name (if applicable)
*Dianne Belsom*

3 Name and telephone number of person to be contacted if additional information is needed
*Dianne Belsom*

1c Address (number and street)   Room/Suite
*P.O. Box 386*

1d City, town or post office, state, and ZIP + 4   If you have a foreign address, see Specific Instructions for Part I, page 2.
*Fountain Inn, SC 29644*
[redacted]

1e Web site address
*www.laurensteaparty.org*

4 Month the annual accounting period ends
*December*

5 Date incorporated or formed
*3-10-10*

6 Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code?   ☐ Yes  ☒ No
If "Yes," attach an explanation.

7 Has the organization filed Federal income tax returns or exempt organization information returns? . . . . . . . .   ☐ Yes  ☒ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

8 Check the box for the type of organization. ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

- a ☒ Corporation— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also attach a copy of the bylaws.
- b ☐ Trust— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.
- c ☐ Association— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence that the organization was formed by adoption of the document by more than one person. Also include a copy of the bylaws.

If this is a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . ▶ ☐

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization, and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

**PLEASE SIGN HERE**
▶ *Dianne Belsom*   *Dianne Belsom*   *1/22/10*
(Signature)   (Type or print name and title or authority of signer)   (Date)

For Paperwork Reduction Act Notice, see page 5 of the instructions.

EXHIBIT 3

## Part II. Activities and Operational Information (Must be completed by all applicants)

1 Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

1. Monthly meetings, from 7-8 pm.
a) Purpose: provides a community forum where like-minded people may gather to network, share ideas, and learn. Meetings will feature educational components (such as classes on the Constitution, history of our country), as well as guest speakers, including current legislators, along with candidates running for office. We will also have guest speakers from other organizations whose values are in keeping with our own.
b) When: monthly
c) Where: at a location within the community; activity is conducted (or coordinated) by the President, or in the absence of the President, by the Vice-President.

2. Vetting of Candidates, carried out by the Vetting Committee
a) Purpose: to investigate and identify candidates who most closely represent our values. The Vetting Committee then has the option to endorse or recommend those candidates, which is then presented to the group as a whole. The group votes as to whether or not to adopt the recommendations of the Vetting Committee, and then our findings are posted on our website, which provides a valuable service to the community. Recommendations are also published in our local papers.
b) When: The Vetting Committee will meet on an as-needed basis (currently, twice this year, total time approximately 4 hours), during election years.
c) Where: The Committee will meet at a location within the community and the meetings are initiated and presided over by the Head of the Vetting Committee.

3. Community Rallies and Events:
a) Purpose: providing forums within the community for networking, sharing of resources, including free copies of the U.S. Constitution, and providing opportunities for people to hear our elected representatives, candidates, and others to speak.
b) Rallies: 1-2 per year are anticipated. A Freedom Rally was held in April 2010, that lasted from 7-9 pm. No other rallies are planned at this point in time for 2010. Community Events: The Laurens Co. Tea Party plans to participate in a downtown festival in October, 2010, where we will offer voter registration, free U.S. Constitutions, and other free materials. This event takes place Friday evening and all day Sat.
c) Rallies and Events will be at various locations within the community, and activity will be conducted by our members.

4. Other Committees, as described in Article VI of our Charter (attached), will meet as needed. To date, none of these committees have had any formal meetings, other than the Vetting Committee, as described above.

2 List the organization's present and future sources of financial support, beginning with the largest source first.

1. membership dues; $20 - individual
paid annually $30 - family

2. misc. donations

## Part II. Activities and Operational Information (continued)

3 Give the following information about the organization's governing body:

| a Names, addresses, and titles of officers, directors, trustees, etc. | b Annual compensation |
|---|---|
| Dianne Belsom, President [redacted] | ∅ comp. for all officers. |
| John Gartrell, VP [redacted] | |
| Melissa Tilden, Secretary [redacted] | |
| Ellen Arnold [redacted] | |

4 If the organization is the outgrowth or continuation of any form of predecessor, state the name of each predecessor, the period during which it was in existence, and the reasons for its termination. Submit copies of all papers by which any transfer of assets was effected.

—

5 If the applicant organization is now, or plans to be, connected in any way with any other organization, describe the other organization and explain the relationship (e.g., financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees).

—

6 If the organization has capital stock issued and outstanding, state: (1) class or classes of the stock; (2) number and par value of the shares; (3) consideration for which they were issued; and (4) if any dividends have been paid or whether your organization's creating instrument authorizes dividend payments on any class of capital stock.

—

7 State the qualifications necessary for membership in the organization; the classes of membership (with the number of members in each class); and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Attach sample copies of all types of membership certificates issued.

Membership is voluntary. In order to join, a person should be in agreement with our mission, principles & values, & our purpose. A membership form is filled out, dues paid - $30 →

8 Explain how your organization's assets will be distributed on dissolution.

Assets will be donated to another organization that shares our values, goals, & objectives.

for an individual, $30 for a family, and a membership card is issued. Members have voting privileges and receive meeting minutes via email.

## Part II. Activities and Operational Information (continued)

9 Has the organization made or does it plan to make any distribution of its property or surplus funds to shareholders or members? ☐ Yes ☒ No
If "Yes," state the full details, including: (1) amounts or value; (2) source of funds or property distributed or to be distributed; and (3) basis of, and authority for, distribution or planned distribution.

10 Does, or will, any part of your organization's receipts represent payments for services performed or to be performed? ☐ Yes ☒ No
If "Yes," state in detail the amount received and the character of the services performed or to be performed.

11 Has the organization made, or does it plan to make, any payments to members or shareholders for services performed or to be performed? ☐ Yes ☒ No
If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been, or will be, made.

12 Does the organization have any arrangement to provide insurance for members, their dependents, or others (including provisions for the payment of sick or death benefits, pensions, or annuities)? ☐ Yes ☒ No
If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan document and each type of policy issued.

13 Is the organization under the supervisory jurisdiction of any public regulatory body, such as a social welfare agency, etc.? ☐ Yes ☒ No
If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision, as well as copies of applications or requests for the opinions or decisions.

14 Does the organization now lease or does it plan to lease any property? ☐ Yes ☒ No
If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship between the applicant organization and the other party. Also, attach a copy of any rental or lease agreement. (If the organization is a party, as a lessor, to multiple leases of rental real property under similar lease agreements, please attach a single representative copy of the leases.)

15 Has the organization spent or does it plan to spend any money attempting to influence the selection, nomination, election, or appointment of any person to any Federal, state, or local public office or to an office in a political organization? ☒ Yes ☐ No
If "Yes," explain in detail and list the amounts spent or to be spent in each case.

178.50 Spent currently
178.50 estimated to be spent in October 2010.

16 Does the organization publish pamphlets, brochures, newsletters, journals, or similar printed material? ☐ Yes ☒ No
If "Yes," attach a recent copy of each.

EXHIBIT 3

Form 1024 (Rev. 9-98) Page 5

## Part III. Financial Data (Must be completed by all applicants)

*Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence.* ***If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.***

### A. Statement of Revenue and Expenses

| | (a) Current Tax Year | 3 Prior Tax Years or Proposed Budget for Next 2 Years | | | |
|---|---|---|---|---|---|
| **Revenue** | From Mar 1 To Dec 31 | (b) 2011 | (c) 2012 | (d) | (e) Total |
| 1 Gross dues and assessments of members | 1050.00 | 1500.00 | 2300.00 | | |
| 2 Gross contributions, gifts, etc | 50.00 | 600.00 | 900.00 | | |
| 3 Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) (Include related cost of sales on line 9) | | | | | |
| 4 Gross amounts from unrelated business activities (attach schedule) | | | | | |
| 5 Gain from sale of assets, excluding inventory items (attach schedule) | | | | | |
| 6 Investment income (see page 3 of the instructions) | | | | | |
| 7 Other revenue (attach schedule) | | | | | |
| 8 Total revenue (add lines 1 through 7) | 1100.00 | 2100.00 | 3200.00 | | |
| **Expenses** | | | | | |
| 9 Expenses attributable to activities related to the organization's exempt purposes | 645.00 | 2000.00 | 2000.00 | | |
| 10 Expenses attributable to unrelated business activities | | | | | |
| 11 Contributions, gifts, grants, and similar amounts paid (attach schedule) | | | | | |
| 12 Disbursements to or for the benefit of members (attach schedule) | | | | | |
| 13 Compensation of officers, directors, and trustees (attach schedule) | | | | | |
| 14 Other salaries and wages | | | | | |
| 15 Interest | | | | | |
| 16 Occupancy | | | | | |
| 17 Depreciation and depletion | | | | | |
| 18 Other expenses (attach schedule) | | | | | |
| 19 Total expenses (add lines 9 through 18) | | | | | |
| 20 Excess of revenue over expenses (line 8 minus line 19) | 455.00 | 100.00 | 20 | | |

### B. Balance Sheet (at the end of the period shown)

| **Assets** | | Current Tax as of 4 |
|---|---|---|
| 1 Cash | 1 | 504. |
| 2 Accounts receivable, net | 2 | |
| 3 Inventories | 3 | |
| 4 Bonds and notes receivable (attach schedule) | 4 | |
| 5 Corporate stocks (attach schedule) | 5 | |
| 6 Mortgage loans (attach schedule) | 6 | |
| 7 Other investments (attach schedule) | 7 | |
| 8 Depreciable and depletable assets (attach schedule) | 8 | |
| 9 Land | 9 | |
| 10 Other assets (attach schedule) | 10 | |
| 11 **Total assets** | 11 | 504.00 |
| **Liabilities** | | |
| 12 Accounts payable | 12 | |
| 13 Contributions, gifts, grants, etc., payable | 13 | |
| 14 Mortgages and notes payable (attach schedule) | 14 | |
| 15 Other liabilities (attach schedule) | 15 | |
| 16 **Total liabilities** | 16 | |
| **Fund Balances or Net Assets** | | |
| 17 Total fund balances or net assets | 17 | 504.00 |
| 18 **Total liabilities and fund balances or net assets** (add line 16 and line 17) | 18 | 504.00 |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation ▶ ☐

**Schedule B** **Organizations Described in Section 501(c)(4) (Civic leagues, social welfare organizations (including posts, councils, etc., of veterans' organizations not qualifying or applying for exemption under section 501(c)(19)) or local associations of employees.)**

1 Has the Internal Revenue Service previously issued a ruling or determination letter recognizing the applicant organization (or any predecessor organization listed in question 4, Part II of the application) to be exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that the applicant organization (or its predecessor) was carrying on propaganda or otherwise attempting to influence legislation or on the basis that it engaged in political activity? . . ☐ Yes ☒ No

If "Yes," indicate the earliest tax year for which recognition of exemption under section 501(c)(3) was revoked and the IRS district office that issued the revocation.

2 Does the organization perform or plan to perform (for members, shareholders, or others) services, such as maintaining the common areas of a condominium; buying food or other items on a cooperative basis; or providing recreational facilities or transportation services, job placement, or other similar undertakings?. . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

If "Yes," explain the activities in detail, including income realized and expenses incurred. Also, explain in detail the nature of the benefits to the general public from these activities. (If the answer to this question is explained in Part II of the application (pages 2, 3, and 4), enter the page and item number here.)

3 If the organization is claiming exemption as a homeowners' association, is access to any property or facilities it owns or maintains restricted in any way? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

If "Yes," explain.

4 If the organization is claiming exemption as a local association of employees, state the name and address of each employer whose employees are eligible for membership in the association. If employees of more than one plant or office of the same employer are eligible for membership, give the address of each plant or office.

NA

| Form **1024** | **Application for Recognition of Exemption Under Section 501(a)** | OMB No. 1545-0057 |
|---|---|---|
| [Rev. September 1998]<br>Department of the Treasury<br>Internal Revenue Service | | If exempt status is approved, this application will be open for public inspection. |

Read the instructions for each Part carefully. **A User Fee must be attached to this application.**
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to the organization.
**Complete the Procedural Checklist on page 6 of the instructions.**

**Part I. Identification of Applicant** (Must be completed by all applicants; also complete appropriate schedule.)
Submit only the schedule that applies to your organization. Do not submit blank schedules.

Check the appropriate box below to indicate the section under which the organization is applying:

a ☐ Section 501(c)(2)—Title holding corporations (Schedule A, page 7)

b ☑ Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 8)

c ☐ Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 9)

d ☐ Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 9)

e ☐ Section 501(c)(7)—Social clubs (Schedule D, page 11)

f ☐ Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident, or other benefits to members (Schedule E, page 13)

g ☐ Section 501(c)(9)—Voluntary employees' beneficiary associations (Parts I through IV and Schedule F, page 14)

h ☐ Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident, or other benefits (Schedule E, page 13)

i ☐ Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, page 15)

j ☐ Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 16)

k ☐ Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (Schedule I, page 17)

l ☐ Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Parts I through IV and Schedule J, page 18)

m ☐ Section 501(c)(19)—A post, organization, auxiliary unit, etc., of past or present members of the Armed Forces of the United States (Schedule K, page 19)

n ☐ Section 501(c)(25)—Title holding corporations or trusts (Schedule A, page 7)

| **1a** Full name of organization (as shown in organizing document)<br><br>**NORTH EAST TARRANT TEA PARTY, INC.** | **2** Employer identification number (EIN) (if none, see Specific Instructions on page 2) |
|---|---|
| **1b** c/o Name (if applicable)<br><br>**JAMES E GUINN, REGISTERED AGENT** | **3** Name and telephone number of person to be contacted if additional information is needed |
| **1c** Address (number and street)     Room/Suite<br>**2408 TEXAS DRIVE** | **ROBERT D SMITH** |
| **1d** City, town or post office, state, and ZIP + 4   If you have a foreign address, see **Specific Instructions** for Part I, page 2.<br>**IRVING, TX 75062** | ▇▇▇▇▇▇▇▇ |

| **1e** Web site address | **4** Month the annual accounting period ends<br>**JUNE 30** | **5** Date incorporated or formed<br>**07/06/2010** |
|---|---|---|

**6** Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code?   ☐ Yes   ☑ No
If "Yes," attach an explanation.

**7** Has the organization filed Federal income tax returns or exempt organization information returns?   . . . . . . . . ☐ Yes   ☑ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

**8** Check the box for the type of organization. ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

a ☑ Corporation— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also attach a copy of the bylaws.

b ☐ Trust— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.

c ☐ Association— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence that the organization was formed by adoption of the document by more than one person. Also include a copy of the bylaws.

If this is a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . . ▶ ☐

PLEASE SIGN HERE
I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization, and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

▶ _(Signature)_     Robert D Smith, Treas.   10/15/10
         (Type or print name and title or authority of signer)    (Date)

For Paperwork Reduction Act Notice, see page 5 of the instructions.        Cat. No. 12343K



ast Tarrant Tea Party, Inc.
exas Dr. Irving,TX 75062

## Part II. Activities and Operational Information (Must be completed by all applicants)

1 Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

**We had informal neighborhood meetings starting in January of 2010, prior to our incorporation on July 7, 2010. Weekly steering committees were held and monthly meetings were held at a donated space. Interested parties were contacted by phone and email, and our "membership" grew. We encourage our members via emails and on our website to become deputized voter registrars. We provide links to information about local, state and national candidates on our website. We encourage our members to educate themselves about candidates running in local races in their communities and districts. We encourage our members to vote and educate them about the polical process. We encourage them to attend meetings such as city council meetings, school board meetings, town hall meetings as a part of the process to become involved in their own communities. We encourage them to vote their informed conscience. We encourage community involvement on many levels, such as local charities, local festivals and events, support of members of the military, scholarship contributions, and so on. This encouragement is by emails, at meetings and on our media outlets.**

**See Statement III of our listing of planned activities. See attachments of pictures showing our participation at local events and of some past meetings.**

2 List the organization's present and future sources of financial support, beginning with the largest source first.

**1. Contributions**
**2. Sales**

Form 1024 (Rev. 9-98)

heast Tarrant Tea Party, Inc.
2408 Texas Dr.,Irving,TX 75062
see

## Part II. Activities and Operational Information (continued)

3 Give the following information about the organization's governing body:

| a Names, addresses, and titles of officers, directors, trustees, etc. | b Annual compensation |
|---|---|
| Julie McCarty, President, Chairman Bd., | -0- |
| Konni Burton, V. Pres. & Director | -0- |
| Robert D. Smith, Treasurer & Director, | -0- |
| Donna W. Smith, Secretary & Director, | -0- |
| Fred McCarty, Director, | -0- |
| Phil Burton, Director, | -0- |
| Ellen Lopez, Director, | -0- |
| Allan Solmon, | -0- |
| Michael Marcus, | -0- |
| Chris Manfreda, | -0- |

4 If the organization is the outgrowth or continuation of any form of predecessor, state the name of each predecessor, the period during which it was in existence, and the reasons for its termination. Submit copies of all papers by which any transfer of assets was effected.

**NA**

5 If the applicant organization is now, or plans to be, connected in any way with any other organization, describe the other organization and explain the relationship (e.g., financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees).

**NA**

6 If the organization has capital stock issued and outstanding, state: (1) class or classes of the stock; (2) number and par value of the shares; (3) consideration for which they were issued; and (4) if any dividends have been paid or whether your organization's creating instrument authorizes dividend payments on any class of capital stock.

**NA**

7 State the qualifications necessary for membership in the organization; the classes of membership (with the number of members in each class); and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Attach sample copies of all types of membership certificates issued.

**THE CORPORATION SHALL HAVE NO MEMBERS**

8 Explain how your organization's assets will be distributed on dissolution.

**AFTER ALL LIABILITIES AND OBLIGATIONS OF THE CORPORATION ARE PAID OR PROVISION IS MADE THEREFORE, THE BOARD SHALL ADOPT A PLAN FOR DISTRIBUTION OF REMAINING ASSETS TO ONE OR MORE CHARITABLE, EDUCATIONAL AND/OR SOCIAL WELFARE ORGANIZATIONS WHICH AT THAT TIME HAVE PURPOSES SIMILAR TO THOSE OF THE CORPORATION. SUCH ORGANIZATION(S) WILL NOT BE PRIVATE FOUNDATIONS AND WILL QUALIFY AS EXEMPT ORGANIZATIONS UNDER CODE SECTION 501(c)(3) OR 501(c)(4).**

eeast Tarrant Tea Party, Inc.
2408 Texas Dr., Irving, TX 75062
see

Form 1024 (Rev. 9-98) Page 4

## Part II. Activities and Operational Information (continued)

9 Has the organization made or does it plan to make any distribution of its property or surplus funds to shareholders or members? . . . . . ☐ Yes ☑ No
If "Yes," state the full details, including: (1) amounts or value; (2) source of funds or property distributed or to be distributed; and (3) basis of, and authority for, distribution or planned distribution.

10 Does, or will, any part of your organization's receipts represent payments for services performed or to be performed? . ☐ Yes ☑ No
If "Yes," state in detail the amount received and the character of the services performed or to be performed.

11 Has the organization made, or does it plan to make, any payments to members or shareholders for services performed or to be performed? . . . . . ☐ Yes ☑ No
If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been, or will be, made.

12 Does the organization have any arrangement to provide insurance for members, their dependents, or others (including provisions for the payment of sick or death benefits, pensions, or annuities)? . . . . . ☐ Yes ☑ No
If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan document and each type of policy issued.

13 Is the organization under the supervisory jurisdiction of any public regulatory body, such as a social welfare agency, etc.? . . . . . ☐ Yes ☑ No
If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision, as well as copies of applications or requests for the opinions or decisions.

14 Does the organization now lease or does it plan to lease any property? . . . . . ☐ Yes ☑ No
If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship between the applicant organization and the other party. Also, attach a copy of any rental or lease agreement. (If the organization is a party, as a lessor, to multiple leases of rental real property under similar lease agreements, please attach a single representative copy of the leases.)

15 Has the organization spent or does it plan to spend any money attempting to influence the selection, nomination, election, or appointment of any person to any Federal, state, or local public office or to an office in a political organization? . ☐ Yes ☑ No
If "Yes," explain in detail and list the amounts spent or to be spent in each case.

16 Does the organization publish pamphlets, brochures, newsletters, journals, or similar printed material? . . . . . ☑ Yes ☐ No
If "Yes," attach a recent copy of each.

22 pgs. attached, see "Part II, 16"



...theast Tarrant Tea Party, Inc.
2408 Texas Dr., Irving, TX 75062
see

Form 1024 (Rev. 9-98) Page 5

**Part III. Financial Data** (Must be completed by all applicants)

*Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.*

## A. Statement of Revenue and Expenses

| Revenue | (a) Current Tax Year From 7/6/2010 To 8/30/2010 | 3 Prior Tax Years or Proposed Budget for Next 2 Years (b) 2011-2012 | (c) 2012-2013 | (d) | (e) Total |
|---|---|---|---|---|---|
| 1 Gross dues and assessments of members | n/a | n/a | n/a | | n/a |
| 2 Gross contributions, gifts, etc. | 250 | 5,000 | 6,000 | | 11,500 |
| 3 Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) (Include related cost of sales on line 9.) | 300 | 1,000 | 1,200 | | 1,550 |
| 4 Gross amounts from unrelated business activities (attach schedule) | n/a | n/a | n/a | | n/a |
| 5 Gain from sale of assets, excluding inventory items (attach schedule) | | | | | |
| 6 Investment income (see page 3 of the instructions) | n/a | n/a | n/a | | n/a |
| 7 Other revenue (attach schedule) | n/a | n/a | n/a | | n/a |
| 8 Total revenue (add lines 1 through 7) | | | | | |
| **Expenses** | | | | | |
| 9 Expenses attributable to activities related to the organization's exempt purposes. Stmt. 2 | 345 | 5,620 | 6,744 | | 12,709 |
| 10 Expenses attributable to unrelated business activities | n/a | n/a | nn | | n/a |
| 11 Contributions, gifts, grants, and similar amounts paid (attach schedule) | n/a | nn | n/a | | n/a |
| 12 Disbursements to or for the benefit of members (attach schedule) | none | none | none | | none |
| 13 Compensation of officers, directors, and trustees (attach schedule) | none | none | none | | none |
| 14 Other salaries and wages | none | none | none | | none |
| 15 Interest | none | none | none | none | none |
| 16 Occupancy | none | none | none | none | none |
| 17 Depreciation and depletion Stmt. 1 | none | none | none | none | none |
| 18 Other expenses (attach schedule) | | | | | |
| 19 Total expenses (add lines 9 through 18) | | | | | |
| 20 Excess of revenue over expenses (line 8 minus line 19) | | | | | |

## B. Balance Sheet (at the end of the period shown)

| Assets | | Current Tax Year as of ............ |
|---|---|---|
| 1 Cash | 1 | 1,400 |
| 2 Accounts receivable, net | 2 | |
| 3 Inventories | 3 | 525 |
| 4 Bonds and notes receivable (attach schedule) | 4 | |
| 5 Corporate stocks (attach schedule) | 5 | |
| 6 Mortgage loans (attach schedule) | 6 | |
| 7 Other investments (attach schedule) | 7 | |
| 8 Depreciable and depletable assets (attach schedule) | 8 | |
| 9 Land | 9 | |
| 10 Other assets (attach schedule) | 10 | |
| 11 Total assets | 11 | 1,925 |
| **Liabilities** | | |
| 12 Accounts payable | 12 | |
| 13 Contributions, gifts, grants, etc., payable | 13 | |
| 14 Mortgages and notes payable (attach schedule) | 14 | |
| 15 Other liabilities (attach schedule) | 15 | |
| 16 Total liabilities | 16 | |
| **Fund Balances or Net Assets** | | |
| 17 Total fund balances or net assets | 17 | 1,925 |
| 18 Total liabilities and fund balances or net assets (add line 16 and line 17) | 18 | |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation. ▶ ☐

N/A

Northeast Tarrant Tea Party, Inc.
2408 Texas Dr.,Irving,TX 75062
[redacted] see

## Part IV. Notice Requirements (Sections 501(c)(9) and 501(c)(17) Organizations Only)

**1** Section 501(c)(9) and 501(c)(17) organizations:

Are you filing Form 1024 within 15 months from the end of the month in which the organization was created or formed as required by section 505(c)? . . . ☐ Yes ☐ No

If "Yes," skip the rest of this Part.

If "No," answer question 2.

**2** If you answer "No" to question 1, are you filing Form 1024 within 27 months from the end of the month in which the organization was created or formed? . . . ☐ Yes ☐ No

If "Yes," your organization qualifies under Regulation section 301.9100-2 for an automatic 12-month extension of the 15-month filing requirement. Do not answer questions 3 and 4.

If "No," answer question 3.

**3** If you answer "No" to question 2, does the organization wish to request an extension of time to apply under the "reasonable action and good faith" and the "no prejudice to the interest of the government" requirements of Regulations section 301.9100-3? . . . ☐ Yes ☐ No

If "Yes," give the reasons for not filing this application within the 27-month period described in question 2. See Specific Instructions, Part IV, Line 3, page 4, before completing this item. Do not answer question 4.

If "No," answer question 4.

**4** If you answer "No" to question 3, your organization's qualification as a section 501(c)(9) or 501(c)(17) organization can be recognized only from the date this application is filed. Therefore, does the organization want us to consider its application as a request for recognition of exemption as a section 501(c)(9) or 501(c)(17) organization from the date the application is received and not retroactively to the date the organization was created or formed? . . . ☐ Yes ☐ No

Form 1024 (Rev. 9-98) Page 7

## Schedule A Organizations described in section 501(c)(2) or 501(c)(25) (Title holding corporations or trusts)

1 State the complete name, address, and EIN of each organization for which title to property is held and the number and type of the applicant organization's stock held by each organization.

2 If the annual excess of revenue over expenses has not been or will not be turned over to the organization for which title to property is held, state the purpose for which the excess is or will be retained by the title holding organization.

3 In the case of a corporation described in section 501(c)(2), state the purpose of the organization for which title to property is held (as shown in its governing instrument) and the Code sections under which it is classified as exempt from tax. If the organization has received a determination or ruling letter recognizing it as exempt from taxation, please attach a copy of the letter.

4 In the case of a corporation or trust described in section 501(c)(25), state the basis whereby each shareholder is described in section 501(c)(25)(C). For each organization described that has received a determination or ruling letter recognizing that organization as exempt from taxation, please attach a copy of the letter.

5 With respect to the activities of the organization.

a Is any rent received attributable to personal property leased with real property? . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," what percentage of the total rent, as reported on the financial statements in Part III, is attributable to personal property?

b Will the organization receive income which is incidentally derived from the holding of real property, such as income from operation of a parking lot or from vending machines? . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," what percentage of the organization's gross income, as reported on the financial statements in Part III, is incidentally derived from the holding of real property?

c Will the organization receive income other than rent from real property or personal property leased with real property or income which is incidentally derived from the holding of real property? . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," describe the source of the income.

## Instructions

**Line 1.**—Provide the requested information on each organization for which the applicant organization holds title to property. Also indicate the number and types of shares of the applicant organization's stock that are held by each.

**Line 2.**—For purposes of this question, "excess of revenue over expenses" is all of the organization's income for a particular tax year less operating expenses.

**Line 3.**—Give the exempt purpose of each organization that is the basis for its exempt status and the Internal Revenue Code section that describes the organization (as shown in its IRS determination letter).

**Line 4.**—Indicate if the shareholder is one of the following:

1. A qualified pension, profit-sharing, or stock bonus plan that meets the requirements of the Code;
2. A government plan;
3. An organization described in section 501(c)(3); or
4. An organization described in section 501(c)(25).