# Form 1023 Checklist

## (Revised June 2006)

### Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code

**Note.** *Retain a copy of the completed Form 1023 in your permanent records. Refer to the* General Instructions *regarding Public Inspection of approved applications.*

**Check each box to finish your application (Form 1023). Send this completed Checklist with your filled-in application. If you have not answered all the items below, your application may be returned to you as incomplete.**

☐ Assemble the application and materials in this order:
  - Form 1023 Checklist
  - Form 2848, *Power of Attorney and Declaration of Representative* (if filing)
  - Form 8821, *Tax Information Authorization* (if filing)
  - Expedite request (if requesting)
  - Application (Form 1023 and Schedules A through H, as required)
  - Articles of organization
  - Amendments to articles of organization in chronological order
  - Bylaws or other rules of operation and amendments
  - Documentation of nondiscriminatory policy for schools, as required by Schedule B
  - Form 5768, Election/Revocation of Election by an Eligible Section 501(c)(3) Organization To Make Expenditures To Influence Legislation (if filing)
  - All other attachments, including explanations, financial data, and printed materials or publications. Label each page with name and EIN.

☐ User fee payment placed in envelope on top of checklist. DO NOT STAPLE or otherwise attach your check or money order to your application. Instead, just place it in the envelope.

☐ Employer Identification Number (EIN)

☐ Completed Parts I through XI of the application, including any requested information and any required Schedules A through H.
  - You must provide specific details about your past, present, and planned activities.
  - Generalizations or failure to answer questions in the Form 1023 application will prevent us from recognizing you as tax exempt.
  - Describe your purposes and proposed activities in specific easily understood terms.
  - Financial information should correspond with proposed activities.

☐ Schedules. Submit only those schedules that apply to you and check either "Yes" or "No" below.

| | | | |
|---|---|---|---|
| Schedule A | Yes ___ No ___ | Schedule E | Yes ___ No ___ |
| Schedule B | Yes ___ No ___ | Schedule F | Yes ___ No ___ |
| Schedule C | Yes ___ No ___ | Schedule G | Yes ___ No ___ |
| Schedule D | Yes ___ No ___ | Schedule H | Yes ___ No ___ |

EXHIBIT 3

LIBERTY TOWNSHIP TEA PARTY

☐  An exact copy of your complete articles of organization (creating document). Absence of the proper purpose and dissolution clauses is the number one reason for delays in the issuance of determination letters.

- Location of Purpose Clause from Part III, line 1 (Page, Article and Paragraph Number)_____
- Location of Dissolution Clause from Part III, line 2b or 2c (Page, Article and Paragraph Number) or by operation of state law _____

☐  Signature of an officer, director, trustee, or other official who is authorized to sign the application.
- Signature at Part XI of Form 1023.

☐  Your name on the application must be the same as your legal name as it appears in your articles of organization.

Send completed Form 1023, user fee payment, and all other required information, to:

Internal Revenue Service
P.O. Box 192
Covington, KY 41012-0192

If you are using express mail or a delivery service, send Form 1023, user fee payment, and attachments to:

Internal Revenue Service
201 West Rivercenter Blvd.
Attn: Extracting Stop 312
Covington, KY 41011

♲ Printed on recycled paper

EXHIBIT 3

*LIBERTY TOWNSHIP TEA PARTY*

**Department of the Treasury
Internal Revenue Service**

## Notice 1382
(Rev. September 2009)

### Changes for Form 1023:

- Mailing address
- Parts IX. X and XI

### Changes for Form 1023, Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code

#### Change of Mailing Address

The mailing address shown on Form 1023 Checklist, page 28, the first address under the last checkbox; and in the Instructions for Form 1023, page 4 under *Where to File*, has been changed to:

Internal Revenue Service
P.O. Box 12192
Covington, KY 41012-0192

#### Changes for Parts IX and X

Changes to Parts IX and X are necessary to comply with new regulations that eliminated the advance ruling process. Until Form 1023 is revised to reflect this change, please follow the directions on this notice when completing Part IX and Part X of Form 1023. For more information about the elimination of the advance ruling process, visit us at *www.irs.gov* and click on *Charities & Non-Profits*.

#### Part IX. Financial Data

The instructions at the top of Part IX on page 9 of Form 1023 are now as follows. For purposes of this schedule, years in existence refer to completed tax years.

1. If in existence less than 5 years, complete the statement for each year in existence and provide projections of your likely revenues and expenses based on a reasonable and good faith estimate of your future finances for a total of:

a. Three years of financial information if you have not completed one tax year, or

b. Four years of financial information if you have completed one tax year.

2. If in existence 5 or more years, complete the schedule for the most recent 5 tax years. You will need to provide a separate statement that includes information about the most recent 5 tax years because the data table in Part IX, has not been updated to provide for a 5th year.

#### Part X. Public Charity Status

Do not complete line 6a on page 11 of Form 1023, and do not sign the form under the heading "Consent Fixing Period of Limitations Upon Assessment of Tax Under Section 4940 of the Internal Revenue Code."

Only complete line 6b and line 7 on page 11 of Form 1023, if in existence 5 or more tax years.

Notice **1382** (Rev. 9-2009)
Cat. No. 52336F

EXHIBIT 3

LIBERTY TWP TEA PARTY

## Part XI. Increase in User Fees.

User fee increases are effective for all applications postmarked after January 3, 2010.

1. $400 for organizations whose gross receipts do not exceed $10,000 or less annually over a 4-year period.

2. $850 for organizations whose gross receipts exceed $10,000 annually over a 4-year period.

See www.irs.gov web page link on Form 1023, page 12, Part XI, User Fee Information, for the current user fees.

Cyber Assistant, a web-based software program designed to help organizations prepare a complete and accurate Form 1023 application, will become available during 2010. Once the IRS announces the availability of Cyber Assistant, the user fees will change again.

1. $200 for organizations using Cyber Assistant (regardless of size) to prepare their Form 1023, or

2. $850 for all other organizations not using Cyber Assistant (regardless of size) to prepare their Form 1023.

IRS will announce when Cyber Assistant is available and the effective date of the user fee change. Sign up for the Exempt Organization (EO) Update, EO's subscription newsletter, at www.irs.gov/charities, to automatically receive an alert that Cyber Assistant is available.

139

EXHIBIT 3

| Form **1024** | **Application for Recognition of Exemption** | OMB No. 1545-0057 |
|---|---|---|
| (Rev. September 1998)<br>Department of the Treasury<br>Internal Revenue Service | **Under Section 501(a)** | If exempt status is approved,<br>this application will be open<br>for public inspection. |

Read the instructions for each Part carefully. **A User Fee must be attached to this application.**
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to the organization.
**Complete the Procedural Checklist on page 6 of the instructions.**

**Part I. Identification of Applicant** (Must be completed by all applicants; also complete appropriate schedule.)
Submit only the schedule that applies to your organization. Do not submit blank schedules.

Check the appropriate box below to indicate the section under which the organization is applying:

a ☐ Section 501(c)(2)—Title holding corporations (Schedule A, page 7)

b ☑ Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 8)

c ☐ Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 9)

d ☐ Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 9)

e ☐ Section 501(c)(7)—Social clubs (Schedule D, page 11)

f ☐ Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident, or other benefits to members (Schedule E, page 13)

g ☐ Section 501(c)(9)—Voluntary employees' beneficiary associations (Parts I through IV and Schedule F, page 14)

h ☐ Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident, or other benefits (Schedule E, page 13)

i ☐ Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, page 15)

j ☐ Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 16)

k ☐ Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (Schedule I, page 17)

l ☐ Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Parts I through IV and Schedule J, page 18)

m ☐ Section 501(c)(19)—A post, organization, auxiliary unit, etc., of past or present members of the Armed Forces of the United States (Schedule K, page 19)

n ☐ Section 501(c)(25)—Title holding corporations or trusts (Schedule A, page 7)

| 1a Full name of organization (as shown in organizing document)<br><br>**East Jersey Tea Party** | 2 Employer identification number (EIN) (if none, see **Specific Instructions** on page 2) |
|---|---|
| 1b c/o Name (if applicable) | 3 Name and telephone number of person to be contacted if additional information is needed |
| 1c Address (number and street)  Room/Suite<br>**918 High St.** | ■<br>**Daniel T Biringer** |
| 1d City, town or post office, state, and ZIP + 4   If you have a foreign address, see **Specific Instructions** for Part I, page 2.<br>**Jackson NJ 08527** | (     ) |
| 1e Web site address        4 Month the annual accounting period ends | 5 Date incorporated or formed<br>**September 1, 2011** |

6 Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? ☐ Yes ☑ No
If "Yes," attach an explanation.

7 Has the organization filed Federal income tax returns or exempt organization information returns? . . . . . . . ☐ Yes ☑ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

8 Check the box for the type of organization. ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

a ☐ Corporation— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also attach a copy of the bylaws.

b ☐ Trust— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.

c ☑ Association— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence that the organization was formed by adoption of the document by more than one person. Also include a copy of the bylaws.

If this is a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . . ▶ ☐

**PLEASE SIGN HERE** ▶

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization, and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

| . . . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . . . . . . . . . . . . . . . . . . . . . | . . . . . . . . . . . . . . . . . . . . . . . . |
|---|---|---|
| (Signature) | (Type or print name and title or authority of signer) | (Date) |

For Paperwork Reduction Act Notice, see page 5 of the instructions.                              Cat. No. 12343K

Form 1024 (Rev. 9-98)

## Part II. Activities and Operational Information (Must be completed by all applicants)

1   Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

The East Jersey Tea Party (EJTP) conducts monthly meetings where we discuss current events, provide opportunities to local, State and Federal representatives / candidates to address our concerns and state their positions on a variety of issues. Meetings are held at various Diners and Inns and are held on the first Thursday of each month. Meeting duration is typically 2 hours and represents 75% of our activity. The Board plans and conducts the meetings.

The EJTP also has two advocacy groups that do research. One on specific topics of public interest such as public school education, voter fraud and the other on current events, both with the express purpose of educating the public at large through guest speaking arrangements, letters the the editor and the internet. This utilizes the balance of our time or 25%.

2   List the organization's present and future sources of financial support, beginning with the largest source first.

The EJTP has no sources of income other than what a member or visitor freely gives as a gift. There are no dues at this time.

Form 1024 (Rev. 9-98)

## Part II. Activities and Operational Information (continued)

Page **3**

**3** Give the following information about the organization's governing body:

**a** Names, addresses, and titles of officers, directors, trustees, etc.

**b** Annual compensation

| | | |
|---|---|---|
| Daniel T Biringer | Group Leader | |
| Neil Gargullo | Treasurer | 0 |
| Katherine Mcilhenney | Secretary | 0 |
| Steve Chisholm | Legislative committee | 0 |
| Mayzak ██ Zlotkin | Communications Director | 0 |
| Susan Baldwin | Membership Director | 0 |
| Robert Goldberg | Events Director | 0 |
| | | 0 |

**4** If the organization is the outgrowth or continuation of any form of predecessor, state the name of each predecessor, the period during which it was in existence, and the reasons for its termination. Submit copies of all papers by which any transfer of assets was effected.
n/a

**5** If the applicant organization is now, or plans to be, connected in any way with any other organization, describe the other organization and explain the relationship (e.g., financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees).
n/a

**6** If the organization has capital stock issued and outstanding, state: **(1)** class or classes of the stock; **(2)** number and par value of the shares; **(3)** consideration for which they were issued; and **(4)** if any dividends have been paid or whether your organization's creating instrument authorizes dividend payments on any class of capital stock.
n/a

**7** State the qualifications necessary for membership in the organization; the classes of membership (with the number of members in each class); and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Attach sample copies of all types of membership certificates issued.
Membership can be attained by participating in three meetings, events or committee meetings within a six month period. There are no classes of membership and voting rights and privileges are the same for all..

**8** Explain how your organization's assets will be distributed on dissolution.
All assets will be sold and all proceeds will be donated the the American Red Cross

EXHIBIT 3

Form 1024 (Rev. 9-98)

## Part II. Activities and Operational Information (continued)

**9** Has the organization made or does it plan to make any distribution of its property or surplus funds to shareholders or members? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
If "Yes," state the full details, including: **(1)** amounts or value; **(2)** source of funds or property distributed or to be distributed; and **(3)** basis of, and authority for, distribution or planned distribution.  ☐ Yes  ☑ No

**10** Does, or will, any part of your organization's receipts represent payments for services performed or to be performed?.  ☐ Yes  ☑ No
If "Yes," state in detail the amount received and the character of the services performed or to be performed.

**11** Has the organization made, or does it plan to make, any payments to members or shareholders for services performed or to be performed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been, or will be, made.  ☐ Yes  ☑ No

**12** Does the organization have any arrangement to provide insurance for members, their dependents, or others (including provisions for the payment of sick or death benefits, pensions, or annuities)? . . . . . . . . . . . . .
If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan document and each type of policy issued.  ☐ Yes  ☑ No

**13** Is the organization under the supervisory jurisdiction of any public regulatory body, such as a social welfare agency, etc.? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision, as well as copies of applications or requests for the opinions or decisions.  ☐ Yes  ☑ No

**14** Does the organization now lease or does it plan to lease any property?. . . . . . . . . . . . . . . . .  ☐ Yes  ☑ No
If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship between the applicant organization and the other party. Also, attach a copy of any rental or lease agreement. (If the organization is a party, as a lessor, to multiple leases of rental real property under similar lease agreements, please attach a single representative copy of the leases.)

**15** Has the organization spent or does it plan to spend any money attempting to influence the selection, nomination, election, or appointment of any person to any Federal, state, or local public office or to an office in a political organization?. .  ☑ Yes  ☐ No
If "Yes," explain in detail and list the amounts spent or to be spent in each case.
**EJTP has spent zero dollars on political activity as of 9-1-11. EJTP can foresee spending no more then $100,000 in yard signs, TV or Radio ads or other public media, per candidate, per election cycle.**

**16** Does the organization publish pamphlets, brochures, newsletters, journals, or similar printed material? . . . . .  ☐ Yes  ☑ No
If "Yes," attach a recent copy of each.

**EXHIBIT 3**

Form 1024 (Rev. 9-98)

**Part III. Financial Data** (Must be completed by all applicants)                                    Page 5

Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.

## A. Statement of Revenue and Expenses

| | Revenue | (a) Current Tax Year From 01/2001 To 9/2011 | 3 Prior Tax Years or Proposed Budget for Next 2 Years | | | (e) Total |
|---|---|---|---|---|---|---|
| | | | (b) ............ | (c) ............. | (d) .............. | |
| 1 | Gross dues and assessments of members | 0.00 | | | | |
| 2 | Gross contributions, gifts, etc. | 1628.66 | | | | |
| 3 | Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) (include related cost of sales on line 9.) | 0 | | | | |
| 4 | Gross amounts from unrelated business activities (attach schedule) | 0 | | | | |
| 5 | Gain from sale of assets, excluding inventory items (attach schedule) | 0 | | | | |
| 6 | Investment income (see page 3 of the instructions) | 0 | | | | |
| 7 | Other revenue (attach schedule) | 1628.66 | | | | |
| 8 | Total revenue (add lines 1 through 7) | 699.67 | | | | |
| | **Expenses** | | | | | |
| 9 | Expenses attributable to activities related to the organization's exempt purposes. | 0 | | | | |
| 10 | Expenses attributable to unrelated business activities | 0 | | | | |
| 11 | Contributions, gifts, grants, and similar amounts paid (attach schedule). | 0 | | | | |
| 12 | Disbursements to or for the benefit of members (attach schedule) | 0 | | | | |
| 13 | Compensation of officers, directors, and trustees (attach schedule) | 0 | | | | |
| 14 | Other salaries and wages. | 0 | | | | |
| 15 | Interest. | 0 | | | | |
| 16 | Occupancy. | 0 | | | | |
| 17 | Depreciation and depletion. | 0 | | | | |
| 18 | Other expenses (attach schedule). | 0 | | | | |
| 19 | Total expenses (add lines 9 through 18) | 699.67 | | | | |
| 20 | Excess of revenue over expenses (line 8 minus line 19). | 928.99 | | | | |

## B. Balance Sheet (at the end of the period shown)

| | Assets | | Current Tax Year as of ............. |
|---|---|---|---|
| 1 | Cash. | 1 | 1628.66 |
| 2 | Accounts receivable, net. | 2 | |
| 3 | Inventories. | 3 | |
| 4 | Bonds and notes receivable (attach schedule). | 4 | |
| 5 | Corporate stocks (attach schedule). | 5 | |
| 6 | Mortgage loans (attach schedule). | 6 | |
| 7 | Other investments (attach schedule). | 7 | |
| 8 | Depreciable and depletable assets (attach schedule). | 8 | |
| 9 | Land. | 9 | |
| 10 | Other assets (attach schedule). | 10 | |
| 11 | **Total assets.** | 11 | 1628.66 |
| | **Liabilities** | | |
| 12 | Accounts payable. | 12 | |
| 13 | Contributions, gifts, grants, etc., payable. | 13 | |
| 14 | Mortgages and notes payable (attach schedule). | 14 | |
| 15 | Other liabilities (attach schedule). | 15 | |
| 16 | **Total liabilities.** | 16 | 699.67 |
| | **Fund Balances or Net Assets** | | |
| 17 | Total fund balances or net assets. | 17 | 918.99 |
| 18 | **Total liabilities and fund balances or net assets** (add line 16 and line 17). | 18 | |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation. ▶ ☐

144                                                                 EXHIBIT 3

Form 1024 (Rev. 9-98)

Page **6**

## Part IV. Notice Requirements (Sections 501(c)(9) and 501(c)(17) Organizations Only)

**1**  Section 501(c)(9) and 501(c)(17) organizations.

Are you filing Form 1024 within 15 months from the end of the month in which the organization was created or formed as required by section 505(c)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☑ Yes ☐ No

If "Yes," skip the rest of this Part.

If "No," answer question 2.

**2**  If you answer "No" to question 1, are you filing Form 1024 within 27 months from the end of the month in which the organization was created or formed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," your organization qualifies under Regulation section 301.9100-2 for an automatic 12-month extension of the 15-month filing requirement. Do not answer questions 3 and 4.

If "No," answer question 3.

**3**  If you answer "No" to question 2, does the organization wish to request an extension of time to apply under the "reasonable action and good faith" and the "no prejudice to the interest of the government" requirements of Regulations section 301.9100-3? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," give the reasons for not filing this application within the 27-month period described in question 2. See Specific Instructions, Part IV, Line 3, page 4, before completing this item. Do not answer question 4.

If "No," answer question 4.

**4**  If you answer "No" to question 3, your organization's qualification as a section 501(c)(9) or 501(c)(17) organization can be recognized only from the date this application is filed. Therefore, does the organization want us to consider its application as a request for recognition of exemption as a section 501(c)(9) or 501(c)(17) organization from the date the application is received and not retroactively to the date the organization was created or formed? . . . . . . . . . ☐ Yes ☐ No

EXHIBIT 3

Form 1024 (Rev. 9-98)

**Schedule A**    **Organizations described in section 501(c)(2) or 501(c)(25) (Title holding corporations or trusts)**    Page **7**

**1** State the complete name, address, and EIN of each organization for which title to property is held and the number and type of the applicant organization's stock held by each organization.

n/a

**2** If the annual excess of revenue over expenses has not been or will not be turned over to the organization for which title to property is held, state the purpose for which the excess is or will be retained by the title holding organization.

n/a

**3** In the case of a corporation described in section 501(c)(2), state the purpose of the organization for which title to property is held (as shown in its governing instrument) and the Code sections under which it is classified as exempt from tax. If the organization has received a determination or ruling letter recognizing it as exempt from taxation, please attach a copy of the letter.

n/a

**4** In the case of a corporation or trust described in section 501(c)(25), state the basis whereby each shareholder is described in section 501(c)(25)(C). For each organization described that has received a determination or ruling letter recognizing that organization as exempt from taxation, please attach a copy of the letter.

n/a

**5** With respect to the activities of the organization.

  **a** Is any rent received attributable to personal property leased with real property? . . . . . . . . . . . ☐ Yes ☑ No

    If "Yes," what percentage of the total rent, as reported on the financial statements in Part III, is attributable to personal property?

  **b** Will the organization receive income which is incidentally derived from the holding of real property, such as income from operation of a parking lot or from vending machines? . . . . . . . . . . . ☐ Yes ☑ No

    If "Yes," what percentage of the organization's gross income, as reported on the financial statements in Part III, is incidentally derived from the holding of real property?

  **c** Will the organization receive income other than rent from real property or personal property leased with real property or income which is incidentally derived from the holding of real property? . . . . . . . . . . . ☐ Yes ☑ No

    If "Yes," describe the source of the income.

---

## Instructions

**Line 1.**—Provide the requested information on each organization for which the applicant organization holds title to property. Also indicate the number and types of shares of the applicant organization's stock that are held by each.

**Line 2.**—For purposes of this question, "excess of revenue over expenses" is all of the organization's income for a particular tax year less operating expenses.

**Line 3.**—Give the exempt purpose of each organization that is the basis for its exempt status and the Internal Revenue Code section

that describes the organization (as shown in its IRS determination letter).

**Line 4.**—Indicate if the shareholder is one of the following:

1. A qualified pension, profit-sharing, or stock bonus plan that meets the requirements of the Code;
2. A government plan;
3. An organization described in section 501(c)(3); or
4. An organization described in section 501(c)(25).

     **EXHIBIT 3**

Form 1024 (Rev. 9-98)

| Schedule B | Organizations Described in Section 501(c)(4) (Civic leagues, social welfare organizations (including posts, councils, etc., of veterans' organizations not qualifying or applying for exemption under section 501(c)(19)) or local associations of employees.) | Page 8 |

**1** Has the Internal Revenue Service previously issued a ruling or determination letter recognizing the applicant organization (or any predecessor organization listed in question 4, Part II of the application) to be exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that the applicant organization (or its predecessor) was carrying on propaganda or otherwise attempting to influence legislation or on the basis that it engaged in political activity? . .  ☐ Yes ☑ No

If "Yes," indicate the earliest tax year for which recognition of exemption under section 501(c)(3) was revoked and the IRS district office that issued the revocation.

**2** Does the organization perform or plan to perform (for members, shareholders, or others) services, such as maintaining the common areas of a condominium; buying food or other items on a cooperative basis; or providing recreational facilities or transportation services, job placement, or other similar undertakings?. . . . . . . . . . . . . . .  ☑ Yes ☐ No

If "Yes," explain the activities in detail, including income realized and expenses incurred. Also, explain in detail the nature of the benefits to the general public from these activities. (If the answer to this question is explained in Part II of the application (pages 2, 3, and 4), enter the page and item number here.)

EJTP may at some time provide food, decorations and shelter for picnics or similar events. The organization may also pay for the transportation of it's members and guests to Board authorized events.

**3** If the organization is claiming exemption as a homeowners' association, is access to any property or facilities it owns or maintains restricted in any way?. . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes ☑ No

If "Yes," explain.

**4** If the organization is claiming exemption as a local association of employees, state the name and address of each employer whose employees are eligible for membership in the association. If employees of more than one plant or office of the same employer are eligible for membership, give the address of each plant or office.

n/a

147                                                    EXHIBIT 3

Form 1024 (Rev. 9-98)

**Schedule C** Organizations described in section 501(c)(5) (Labor, agricultural, including fishermen's organizations, or horticultural organizations) or section 501(c)(6) (business leagues, chambers of commerce, etc.)

Page **9**

1 Describe any services the organization performs for members or others. (If the description of the services is contained in Part II of the application, enter the page and item number here.)

n/a

2 Fishermen's organizations only.—What kinds of aquatic resources (not including mineral) are cultivated or harvested by those eligible for membership in the organization?

n/a

3 Labor organizations only.—Is the organization organized under the terms of a collective bargaining agreement?  ☐ Yes  ☐ No

If "Yes," attach a copy of the latest agreement.

n/a

**EXHIBIT 3**

Form 1024 (Rev. 9-98)

Page **11**

**Schedule D**   Organizations described in section 501(c)(7) (Social clubs)

**1**   Has the organization entered or does it plan to enter into any contract or agreement for the management or operation of its property and/or activities, such as restaurants, pro shops, lodges, etc.? . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

If "Yes," attach a copy of the contract or agreement. If one has not yet been drawn up, please explain the organization's plans.

n/a

**2**   Does the organization seek or plan to seek public patronage of its facilities or activities by advertisement or otherwise?   ☐ **Yes** ☐ **No**
If "Yes," attach sample copies of the advertisements or other requests.
If the organization plans to seek public patronage, please explain the plans.

n/a

**3a**   Are nonmembers, other than guests of members, permitted or will they be permitted to use the club facilities or participate in or attend any functions or activities conducted by the organization? . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**
If "Yes," describe the functions or activities in which there has been or will be nonmember participation or admittance. (Submit a copy of the house rules, if any.)

n/a

**b**   State the amount of nonmember income included in Part III of the application, lines 3 and 4, column (a) . . . . .
**c**   Enter the percent of gross receipts from nonmembers for the use of club facilities   . . . . . . . . . .
**d**   Enter the percent of gross receipts received from investment income and nonmember use of the club's facilities   . . %
                                                                                                                            %
**4a**   Does the organization's charter, bylaws, other governing instrument, or any written policy statement of the organization contain any provision that provides for discrimination against any person on the basis of race, color, or religion?   . .   ☐ **Yes** ☐ **No**

**b**   If "Yes," state whether or not its provision will be kept.

**c**   If the organization has such a provision that will be repealed, deleted, or otherwise stricken from its requirements, state when this will be done. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**d**   If the organization formerly had such a requirement and it no longer applies, give the date it ceased to apply . . .
**e**   If the organization restricts its membership to members of a particular religion, check here and attach the explanation specified in the Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

See reverse side for instructions

149

EXHIBIT 3

Form 1024 (Rev. 9-98)

# Instructions

**Line 1.**—Answer "Yes." if any of the organization's property or activities will be managed by another organization or company.

**Lines 3b, c, and d.**—Enter the figures for the current year. On an attached schedule, furnish the same information for each of the prior tax years for which you completed Part III of the application.

**Line 4e.**—If the organization restricts its membership to members of a particular religion, the organization must be:

**1.** An auxiliary of a fraternal beneficiary society that:

**a.** Is described in section 501(c)(8) and exempt from tax under section 501(a), and

**b.** Limits its membership to members of a particular religion; or

**2.** A club that, in good faith, limits its membership to the members of a particular religion in order to further the teachings or principles of that religion and not to exclude individuals of a particular race or color.

If you checked **4e,** your explanation must show how the organization meets one of these two requirements.

EXHIBIT 3

Form 1024 (Rev. 9-98)

**Schedule E**   Organizations described in section 501(c)(8) or 501(c)(10) (Fraternal societies, orders, or associations)

Page **13**

| | | | |
|---|---|---|---|
| 1 | Is the organization a college fraternity or sorority, or chapter of a college fraternity or sorority? . . . . . .<br>If "Yes," read the instructions for Line 1, below, before completing this schedule. | ☐ Yes | ☐ No |
| 2 | Does or will your organization operate under the lodge system? . . . . . . . . . . . . . . . . .<br>If "No," does or will it operate for the exclusive benefit of the members of an organization operating under the lodge<br>system? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes<br><br>☐ Yes | ☐ No<br><br>☐ No |
| 3 | Is the organization a subordinate or local lodge, etc.? . . . . . . . . . . . . . . . . . .<br>If "Yes," attach a certificate signed by the secretary of the parent organization, under the seal of the organization,<br>certifying that the subordinate lodge is a duly constituted body operating under the jurisdiction of the parent body. | ☐ Yes | ☐ No |
| 4 | Is the organization a parent or grand lodge? . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," attach a schedule for each subordinate lodge in active operation showing: (a) its name and address; (b)<br>the number of members in it; and (c) how often it holds periodic meetings. | ☐ Yes | ☐ No |

## Instructions

**Line 1.**—To the extent that they qualify for exemption from Federal income tax, college fraternities and sororities generally qualify as organizations described in section 501(c)(7). Therefore, if the organization is a college fraternity or sorority, refer to the discussion of section 501(c)(7) organizations in Pub. 557. If section 501(c)(7) appears to apply to your organization, complete Schedule D instead of this schedule.

**Line 2.**—Operating under the lodge system means carrying on activities under a form of organization that is composed of local branches, chartered by a parent organization, largely self-governing, and called lodges, chapters, or the like.

Form 1024 (Rev. 9-98)

Page **14**

**Schedule F** Organizations described in section 501(c)(9) (Voluntary employees' beneficiary associations)

**1** Describe the benefits available to members. Include copies of any plan documents that describe such benefits and the terms and conditions of eligibility for each benefit.

**2** Are any employees or classes of employees entitled to benefits to which other employees or classes of employees are not entitled? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ **Yes** □ **No**
If "Yes," explain.

**3** Give the following information for each plan as of the last day of the most recent plan year and enter that date here. If there is more than one plan, attach a separate schedule . . . . . . . . . . . . . . . . ▶

____/____/____
(mo.) (day) (yr.)

**a** Total number of persons covered by the plan who are highly compensated individuals (See instructions below.) . . _____
**b** Number of other employees covered by the plan. . . . . . . . . . . . . . . . . . . _____
**c** Number of employees not covered by the plan . . . . . . . . . . . . . . . . . . . _____
**d** Total number employed* . . . . . . . . . . . . . . . . . . . . . . . . . . _____

\* Should equal the total of **a**, **b**, and **c**—if not, explain any difference. Describe the eligibility requirements that prevent those employees not covered by the plan from participating.

**4** State the number of persons, if any, other than employees and their dependents (e.g., the proprietor of a business whose employees are members of the association) who are entitled to receive benefits . . . . . . . . . . ▶ [_____]

## Instructions

**Line 3a.—**A "highly compensated individual" is one who:

(a) Owned 5% or more of the employer at any time during the current year or the preceding year.

(b) Received more than $80,000 (adjusted for inflation) in compensation from the employer for the preceding year, and

(c) Was among the top 20% of employees by compensation for the preceding year. However, the employer can choose not to have **(c)** apply.

**EXHIBIT 3**

Form 1024 (Rev. 9-98)

| Schedule G | Organizations described in section 501(c)(12) (Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations) |
|---|---|

Page **15**

**1** Attach a schedule in columnar form for each tax year for which the organization is claiming exempt status. On each schedule:
**a** Show the total gross income received from members or shareholders.
**b** List, by source, the total amounts of gross income received from other sources.

**2** If the organization is claiming exemption as a local benevolent insurance association, state.
**a** The counties from which members are accepted or will be accepted.

**b** Whether stipulated premiums are or will be charged in advance, or whether losses are or will be paid solely through assessments.

**3** If the organization is claiming exemption as a "like organization," explain how it is similar to a mutual ditch or irrigation company, or a mutual or cooperative telephone company.

**4** Are the rights and interests of members in the organization's annual savings determined in proportion to their business with it? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**
If "Yes," does the organization keep the records necessary to determine at any time each member's rights and interests in such savings, including assets acquired with the savings? . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**5** If the organization is a mutual or cooperative telephone company and has contracts with other systems for long-distance telephone services, attach copies of the contracts.

## Instructions

Mutual or cooperative electric or telephone companies should show income received from qualified pole rentals separately. Mutual or cooperative telephone companies should also show separately the gross amount of income received from nonmember telephone companies for performing services that

involve their members and the gross amount of income received from the sale of display advertising in a directory furnished to their members.

Do not net amounts due or paid to other sources against amounts due or received from those sources.

Form 1024 (Rev. 9-98)

| Schedule H | Organizations described in section 501(c)(13) (Cemeteries, crematoria, and like corporations) | Page 16 |

**1** Attach the following documents:

**a** Complete copy of sales contracts or other documents, including any "debt" certificates, involved in acquiring cemetery or crematorium property.

**b** Complete copy of any contract your organization has that designates an agent to sell its cemetery lots.

**c** A copy of the appraisal (obtained from a disinterested and qualified party) of the cemetery property as of the date acquired.

**2** Does your organization have, or does it plan to have, a perpetual care fund? . . . . . . . . . . . . . . . ☐ Yes ☐ No
If "Yes," attach a copy of the fund agreement and explain the nature of the fund (cash, securities, unsold land, etc.)

**3** If your organization is claiming exemption as a perpetual care fund for an organization described in section 501(c)(13), has the cemetery organization, for which funds are held, established exemption under that section? . . . . . ☐ Yes ☐ No
If "No," explain.

EXHIBIT 3

Form 1024 (Rev. 9-98)

**Schedule I** | **Organizations described in section 501(c)(15) (Small insurance companies or associations)**  Page **17**

1   Is the organization a member of a controlled group of corporations as defined in section 831(b)(2)(B)(ii)? (Disregard section 1563(b)(2)(B) in determining whether the organization is a member of a controlled group.) . . . . . . . . . . ☐ **Yes** ☐ **No**

If "Yes," include on lines 2 through 5 the total amount received by the organization and all other members of the controlled group.

If "No," include on lines 2 through 5 only the amounts that relate to the applicant organization.

|  | (a) Current Year | 3 Prior Tax Years | | |
|---|---|---|---|---|
|  | From _____ To | (b) | (c) | (d) |
| **2** Direct written premiums . . . . . . . . . . . . . . . |  |  |  |  |
| **3** Reinsurance assumed . . . . . . . . . . . . . . . |  |  |  |  |
| **4** Reinsurance ceded . . . . . . . . . . . . . . . |  |  |  |  |
| **5** Net written premiums ((line 2 plus line 3) minus line 4) . . . . |  |  |  |  |

**6**   If you entered an amount on line 3 or line 4, attach a copy of the reinsurance agreements the organization has entered into.

## Instructions

**Line 1.**—Answer "Yes," if the organization would be considered a member of a controlled group of corporations if it were not exempt from tax under section 501(a). In applying section 1563(a), use a "more than 50%" stock ownership test to determine whether the applicant or any other corporation is a member of a controlled group.

**Line 2.**— In addition to other direct written premiums, include on line 2 the full amount of any prepaid or advance premium in the year the prepayment is received. For example, if a $5,000 premium for a 3-year policy was received in the current year, include the full $5,000 amount in the Current Year column.

Form 1024 (Rev. 9-98)

| Schedule J | Organizations described in section 501(c)(17) (Trusts providing for the payment of supplemental unemployment compensation benefits) | Page 18 |

**1** If benefits are provided for individual proprietors, partners, or self-employed persons under the plan, explain in detail.

**2** If the plan provides other benefits in addition to the supplemental unemployment compensation benefits, explain in detail and state whether the other benefits are subordinate to the unemployment benefits.

**3** Give the following information as of the last day of the most recent plan year and enter that date here . . . . .

**a** Total number of employees covered by the plan who are shareholders, officers, self-employed persons, or highly compensated (See Schedule F instructions for line 3a on page 14.) . . . . . . . . . . . . . . . . . _____

**b** Number of other employees covered by the plan . . . . . . . . . . . . . . . . . . . . . . _____

**c** Number of employees not covered by the plan . . . . . . . . . . . . . . . . . . . . . . . _____

**d** Total number employed*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

\* Should equal the total of **a**, **b**, and **c**—if not, explain the difference. Describe the eligibility requirements that prevent those employees not covered by the plan from participating.

**4** At any time after December 31, 1959, did any of the following persons engage in any of the transactions listed below with the trust: the creator of the trust or a contributor to the trust; a brother or sister (whole or half blood), a spouse, an ancestor, or a lineal descendant of such a creator or contributor; or a corporation controlled directly or indirectly by such a creator or contributor?

**Note:** *If you know that the organization will be, or is considering being, a party to any of the transactions (or activities) listed below, check the "Planned" box. Give a detailed explanation of any "Yes" or "Planned" answer in the space below.*

**a** Borrow any part of the trust's income or corpus? . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ Planned

**b** Receive any compensation for personal services? . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ Planned

**c** Obtain any part of the trust's services? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ Planned

**d** Purchase any securities or other properties from the trust? . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ Planned

**e** Sell any securities or other property to the trust? . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ Planned

**f** Receive any of the trust's income or corpus in any other transaction? . . . . . . . . . . . . ☐ Yes ☐ No ☐ Planned

**5** Attach a copy of the Supplemental Unemployment Benefit Plan and related agreements.

EXHIBIT 3

Form 1024 (Rev. 9-98)

**Schedule K**

**Organizations described in section 501(c)(19)—A post or organization of past or present members of the Armed Forces of the United States, auxiliary units or societies for such a post or organization, and trusts or foundations formed for the benefit of such posts or organizations.**

Page **19**

**1** To be completed by a post or organization of past or present members of the Armed Forces of the United States.

**a** Total membership of the post or organization.

**b** Number of members who are present or former members of the U.S. Armed Forces.

**c** Number of members who are cadets (include students in college or university ROTC programs or at armed services academies only). or spouses, widows, or widowers of cadets or past or present members of the U.S. Armed Forces.

**d** Does the organization have a membership category other than the ones set out above?    ☐ Yes ☐ No

    If "Yes," please explain in full. Enter number of members in this category.

**e** If you wish to apply for a determination that contributions to your organization are deductible by donors, enter the number of members from line 1b who are war veterans, as defined below.

    A war veteran is a person who served in the Armed Forces of the United States during the following periods of war: April 21, 1898, through July 4, 1902; April 6, 1917, through November 11, 1918; December 7, 1941, through December 31, 1946; June 27, 1950, through January 31, 1955; and August 5, 1964, through May 7, 1975.

**2** To be completed by an auxiliary unit or society of a past or organization of past or present members of the Armed Forces of the United States.

**a** Is the organization affiliated with and organized according to the bylaws and regulations formulated by such an exempt post or organization?
    If "Yes," submit a copy of such bylaws or regulations.    ☐ Yes ☐ No

**b** How many members does your organization have?

**c** How many are themselves past or present members of the Armed Forces of the United States. or are their spouses, or persons related to them within two degrees of blood relationship? (Grandparents, brothers, sisters. and grandchildren are the most distant relationships allowable.).

**d** Are all of the members themselves members of a post or organization, past or present members of the Armed Forces of the United States. spouses of members of such a post or organization. or related to members of such a post or organization within two degrees of blood relationship?    ☐ Yes ☐ No

**3** To be completed by a trust or foundation organized for the benefit of an exempt post or organization of past or present members of the Armed Forces of the United States.

**a** Will the corpus or income be used solely for the funding of such an exempt organization (including necessary related expenses)?
    If "No," please explain.    ☐ Yes ☐ No

**b** If the trust or foundation is formed for charitable purposes, does the organizational document contain a proper dissolution provision as described in section 1.501(c)(3)-1(b)(4) of the Income Tax Regulations?    ☐ Yes ☐ No

157

✹

**EXHIBIT 3**

# Procedural Checklist
## Make sure the application is complete.

If you do not complete all applicable parts or do not provide all required attachments, we may return the incomplete application for the organization to resubmit with the missing information or attachments. This will delay the processing of the application and may delay the effective date of your organization's exempt status. The organization may also incur additional user fees.

## Have you . . .

_____ Attached **Form 8718** (User Fee for Exempt Organization Determination Letter Request) and the appropriate fee?

_____ Prepared the application for mailing? (See **Where To File** addresses in Form 8718.)

_____ Completed all Parts and Schedules that apply to the organization?

_____ Shown your organization's **Employer Identification Number (EIN)?**

    **a.** If your organization has an EIN, write it in the space provided.

    **b.** If this is a newly formed organization and does not have an Employer Identification Number, obtain an EIN by telephone. (See Specific Instructions, Part I, Line 2, on page 2.)

_____ If applicable, described your organization's **specific activities** as directed in Part II, question 1 of the application?

_____ Included a **conformed copy** of the complete organizing instrument? (Part I, question 8 of the application.)

_____ Had the application signed by one of the following:

    **a.** An officer or trustee who is authorized to sign (e.g., president, treasurer); **or**

    **b.** A person authorized by a power of attorney (submit Form 2848 or other power of attorney)?

_____ If applicable, enclosed **financial statements** (Part III)?

    **a.** Current year (must include period up to within 60 days of the date the application is filed) and 3 preceding years.

    **b.** Detailed breakdown of revenue and expenses (no lump sums).

    **c.** If the organization has been in existence less than 1 year, it must also submit proposed budgets for 2 years showing the amounts and types of receipts and expenditures anticipated.

**Note:** _During the technical review of a completed application, it may be necessary to contact the organization for more specific or additional information._

## Do not send this checklist with the application.

EXHIBIT 3

| Form **1024** | **Application for Recognition of Exemption** | OMB No. 1545-0057 |
|---|---|---|
| (Rev. September 1998) | **Under Section 501(a)** | |
| Department of the Treasury Internal Revenue Service | | If exempt status is approved, this application will be open for public inspection. |

Read the instructions for each Part carefully. **A User Fee must be attached to this application.**
If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to the organization.
**Complete the Procedural Checklist on page 6 of the instructions.**

**Part I. Identification of Applicant** (Must be completed by all applicants; also complete appropriate schedule.)
Submit only the schedule that applies to your organization. Do not submit blank schedules.

Check the appropriate box below to indicate the section under which the organization is applying:

- a ☐ Section 501(c)(2)—Title holding corporations (Schedule A, page 7)
- b ☑ Section 501(c)(4)—Civic leagues, social welfare organizations (including certain war veterans' organizations), or local associations of employees (Schedule B, page 8)
- c ☐ Section 501(c)(5)—Labor, agricultural, or horticultural organizations (Schedule C, page 9)
- d ☐ Section 501(c)(6)—Business leagues, chambers of commerce, etc. (Schedule C, page 9)
- e ☐ Section 501(c)(7)—Social clubs (Schedule D, page 11)
- f ☐ Section 501(c)(8)—Fraternal beneficiary societies, etc., providing life, sick, accident, or other benefits to members (Schedule E, page 13)
- g ☐ Section 501(c)(9)—Voluntary employees' beneficiary associations (Parts I through IV and Schedule F, page 14)
- h ☐ Section 501(c)(10)—Domestic fraternal societies, orders, etc., not providing life, sick, accident, or other benefits (Schedule E, page 13)
- i ☐ Section 501(c)(12)—Benevolent life insurance associations, mutual ditch or irrigation companies, mutual or cooperative telephone companies, or like organizations (Schedule G, page 15)
- j ☐ Section 501(c)(13)—Cemeteries, crematoria, and like corporations (Schedule H, page 16)
- k ☐ Section 501(c)(15)—Mutual insurance companies or associations, other than life or marine (Schedule I, page 17)
- l ☐ Section 501(c)(17)—Trusts providing for the payment of supplemental unemployment compensation benefits (Parts I through IV and Schedule J, page 18)
- m ☐ Section 501(c)(19)—A post, organization, auxiliary unit, etc., of past or present members of the Armed Forces of the United States (Schedule K, page 19)
- n ☐ Section 501(c)(25)—Title holding corporations or trusts (Schedule A, page 7)

| 1a Full name of organization (as shown in organizing document) **ARLINGTON TEA PARTY** | 2 Employer identification number (EIN) (if none, see **Specific Instructions** on page 2) |
|---|---|
| 1b c/o Name (if applicable) ▓▓▓▓ **CPA** | 3 Name and telephone number of person to be contacted if additional information is needed |
| 1c Address (number and street) ▓▓▓▓ | Room/Suite ▓▓▓▓ |  ▓▓▓▓ **CPA** |

| 1d City, town or post office, state, and ZIP + 4   if you have a foreign address, see **Specific Instructions** for Part I, page 2. ▓▓▓▓ |
|---|

| 1e Web site address www.arlingtonteaparty.org | 4 Month the annual accounting period ends **DECEMBER** | 5 Date incorporated or formed **12/24/2009** |
|---|---|---|

6 Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? ☐ Yes ☑ No
If "Yes," attach an explanation.

7 Has the organization filed Federal income tax returns or exempt organization information returns?  . . . . . . . ☐ Yes ☑ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

8 Check the box for the type of organization. **ATTACH A CONFORMED COPY OF THE CORRESPONDING ORGANIZING DOCUMENTS TO THE APPLICATION BEFORE MAILING.**

- a ☑ Corporation— Attach a copy of the Articles of Incorporation (including amendments and restatements) showing approval by the appropriate state official; also attach a copy of the bylaws.
- b ☐ Trust— Attach a copy of the Trust Indenture or Agreement, including all appropriate signatures and dates.
- c ☐ Association— Attach a copy of the Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence that the organization was formed by adoption of the document by more than one person. Also include a copy of the bylaws.

If this is a corporation or an unincorporated association that has not yet adopted bylaws, check here . . . . . . . ▶ ☐

| PLEASE SIGN HERE | I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization, and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete ▓▓▓▓ ... | **CPA** (Type or print name and title or authority of signer) | ......... (Date) |
|---|---|---|---|

For Paperwork Reduction Act Notice, see page 5 of the instructions.

EXHIBIT 3

Form 1024 (Rev. 9-98)

Page **2**

## Part II. Activities and Operational Information (Must be completed by all applicants)

1    Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in the organizational document. List each activity separately in the order of importance based on the relative time and other resources devoted to the activity. Indicate the percentage of time for each activity. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose and how each activity furthers your exempt purpose; (b) when the activity was or will be initiated; and (c) where and by whom the activity will be conducted.

**To impact public policy by teaching all who seek to learn the principles and spirit of individual liberty and constitutionally-limited self-government.**

**1. Teach the principles of individual liberty and limited government as described in our founding documents, the Declaration of Independence and the U.S. Constitution. Training sessions are conducted on a periodic basis by individuals approved by the officers of the ATP. The monthly meetings are also used for this purpose. Time for activity is approximately 70% of ATP efforts.**

**2. Inform the public about current issues from a perspective of individual liberty and limited, constitutional government. Various methods may be used to inform the public including but not limited to neighborhood canvassing by ATP participants, direct mail campaigns, outdoor signs, multi-organizational / community gatherings, as well as radio commercials and TV commercials. Time for activity is approximately 20% of ATP efforts.**

**3. Train and organize individuals to involve themselves in the political process and to address public policy issues with their elected officials. Training sessions are conducted on a periodic basis by individuals approved by the officers of the ATP. Time for activity is approximately 10% of ATP efforts.**

**See attached "Mission Statement" from the website of the Arlington Tea Party at www.arlingtonteaparty.net.**

2    List the organization's present and future sources of financial support, beginning with the largest source first.
    **1. ATP participants individual donations**
    **2. ATP sponsored educational and training events**

160

EXHIBIT 3

Form 1024 (Rev. 9-98)                                                                                           Page **3**

## Part II. Activities and Operational Information (continued)

**3**   Give the following information about the organization's governing body: **Arlington Tea Party**

| a   Names, addresses, and titles of officers, directors, trustees, etc. | b  Annual compensation |
|---|---|
| PRESIDENT/DIRECTOR - MEL MOSS, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | $0 |
| VICE PRES./DIRECTOR - MICHAEL BUESCHEL, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | $0 |
| SECRETARY/DIRECTOR - KATHERINE BREEN, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ | $0 |
| TREASURER/DIRECTOR - GREG BENSON, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | $0 |

**4**   If the organization is the outgrowth or continuation of any form of predecessor, state the name of each predecessor, the period during which it was in existence, and the reasons for its termination. Submit copies of all papers by which any transfer of assets was effected.

**NO/NONE**

**5**   If the applicant organization is now, or plans to be, connected in any way with any other organization, describe the other organization and explain the relationship (e.g., financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees).

**The ATP will from time to time work in cooperation with other "Tea Party" (and like-minded) organizations to educate the residents of the related communities on issues that the ATP feels are important to those residents.  There are no plans to be connected with shared facilities, employees, officers and directors.**

**6**   If the organization has capital stock issued and outstanding, state: (1) class or classes of the stock; (2) number and par value of the shares; (3) consideration for which they were issued; and (4) if any dividends have been paid or whether your organization's creating instrument authorizes dividend payments on any class of capital stock.

**NONE**

**7**   State the qualifications necessary for membership in the organization; the classes of membership (with the number of members in each class); and the voting rights and privileges received. If any group or class of persons is required to join, describe the requirement and explain the relationship between those members and members who join voluntarily. Submit copies of any membership solicitation material. Attach sample copies of all types of membership certificates issued.

**As stated in the bylaws, there are no members.  The organization is led by its officers and directors.  All residents, regardless of race, creed, or sex of Arlington and surrounding communities are welcome to responsibly and respectfully participate in ATP activities. ATP activities will be coordinated by the ATP officers through residents fo the community who choose to volunteer their time and energy for ATP activities.**

**8**   Explain how your organization's assets will be distributed on dissolution.

**The organization will distribute its assets on dissolution according to it's articles of incorporation, Art. VII, either by donation to an organization that at the time qualifies under IRC 501(c)(3) or allow the disposition by the district court of Tarrant County, as said court shall determine, to an organization(s) organized and operated exclusively for purposes allowed under IRC 501(c)(3).**

161                                                                                             EXHIBIT 3

Form 1024 (Rev. 9-98)

Page **4**

## Part II. Activities and Operational Information (continued)

**9** Has the organization made or does it plan to make any distribution of its property or surplus funds to shareholders or members? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," state the full details, including: (1) amounts or value; (2) source of funds or property distributed or to be distributed; and (3) basis of, and authority for, distribution or planned distribution.

**10** Does, or will, any part of your organization's receipts represent payments for services performed or to be performed? . ☐ Yes ☑ No
If "Yes," state in detail the amount received and the character of the services performed or to be performed.

**11** Has the organization made, or does it plan to make, any payments to members or shareholders for services performed or to be performed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," state in detail the amount paid, the character of the services, and to whom the payments have been, or will be, made.

**12** Does the organization have any arrangement to provide insurance for members, their dependents, or others (including provisions for the payment of sick or death benefits, pensions, or annuities)? . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," describe and explain the arrangement's eligibility rules and attach a sample copy of each plan document and each type of policy issued.

**13** Is the organization under the supervisory jurisdiction of any public regulatory body, such as a social welfare agency, etc.? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No
If "Yes," submit copies of all administrative opinions or court decisions regarding this supervision, as well as copies of applications or requests for the opinions or decisions.

**14** Does the organization now lease or does it plan to lease any property? . . . . . . . . . . . . . . . . . . ☑ Yes ☐ No
If "Yes," explain in detail. Include the amount of rent, a description of the property, and any relationship between the applicant organization and the other party. Also, attach a copy of any rental or lease agreement. (If the organization is a party, as a lessor, to multiple leases of rental real property under similar lease agreements, please attach a single representative copy of the leases.)
**ATP rents a small storage facility to store educational and promotional supplies. There is no relationship between the lessor and the ATP. See attached copy of lease.**

**15** Has the organization spent or does it plan to spend any money attempting to influence the selection, nomination, election, or appointment of any person to any Federal, state, or local public office or to an office in a political organization? . . ☐ Yes ☑ No
If "Yes," explain in detail and list the amounts spent or to be spent in each case.

**16** Does the organization publish pamphlets, brochures, newsletters, journals, or similar printed material? . . . . . ☐ Yes ☑ No
If "Yes," attach a recent copy of each.

EXHIBIT 3

Form 1024 (Rev. 9-98)

Page 5

## Part III. Financial Data (Must be completed by all applicants)

Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 years, complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets for the 2 years following the current year.

### A. Statement of Revenue and Expenses

| | Revenue | (a) Current Tax Year From 01-01-10 To 12-31-10 | (b) 2011 | (c) 2012 | (d) ............ | (e) Total |
|---|---|---|---|---|---|---|
| 1 | Gross dues and assessments of members . . | | | | | |
| 2 | Gross contributions, gifts, etc. . . . . . | 10,640 | 12,000 | 14,500 | | |
| 3 | Gross amounts derived from activities related to the organization's exempt purpose (attach schedule) (include related cost of sales on line 9.) | 71,158 | 75,000 | 80,000, | | |
| 4 | Gross amounts from unrelated business activities (attach schedule) | | | | | |
| 5 | Gain from sale of assets, excluding inventory items (attach schedule) . . . . . . . . . | | | | | |
| 6 | Investment income (see page 3 of the instructions) | | | | | |
| 7 | Other revenue (attach schedule). . . . . | 8 | 100 | 250 | | |
| 8 | Total revenue (add lines 1 through 7) . . . . | 81,806 | 87,100 | 94,750 | | |
| | **Expenses** | | | | | |
| 9 | Expenses attributable to activities related to the organization's exempt purposes. . . . . | 68,273 | 74,700 | 81,150 | | |
| 10 | Expenses attributable to unrelated business activities | | | | | |
| 11 | Contributions, gifts, grants, and similar amounts paid (attach schedule). . . . . . . . . | | | | | |
| 12 | Disbursements to or for the benefit of members (attach schedule) | | | | | |
| 13 | Compensation of officers, directors, and trustees (attach schedule) | 0 | 0 | 0 | | |
| 14 | Other salaries and wages. . . . . . . | 0 | 0 | 0 | | |
| 15 | Interest . . . . . . . . . . . . . | | | | | |
| 16 | Occupancy . . . . . . . . . . . . | 1,864 | 2,400 | 3,600, | | |
| 17 | Depreciation and depletion . . . . . . . | | | | | |
| 18 | Other expenses (attach schedule) . . . . . | | | | | |
| 19 | Total expenses (add lines 9 through 18) . . . | 70,137 | 77,100 | 84,750 | | |
| 20 | Excess of revenue over expenses (line 8 minus line 19) . . . . . . . . . . . . . | 11,669 | 10,000 | 10,000 | | |

### B. Balance Sheet (at the end of the period shown)

| | Assets | | Current Tax Year as of 12-31-10 |
|---|---|---|---|
| 1 | Cash. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 26,065 |
| 2 | Accounts receivable, net . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 2,604 |
| 4 | Bonds and notes receivable (attach schedule) . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Corporate stocks (attach schedule). . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Mortgage loans (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Other investments (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Depreciable and depletable assets (attach schedule) . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Land. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Other assets (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | **Total assets** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 28,669 |
| | **Liabilities** | | |
| 12 | Accounts payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Contributions, gifts, grants, etc., payable . . . . . . . . . . . . . . . . . . . . . | 13 | 17,000 |
| 14 | Mortgages and notes payable (attach schedule) . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Other liabilities (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | **Total liabilities.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 17,000 |
| | **Fund Balances or Net Assets** | | |
| 17 | Total fund balances or net assets . . . . . . . . . . . . . . . . . . . . . . . . | 17 | 11,669 |
| 18 | **Total liabilities and fund balances or net assets (add line 16 and line 17)** . . . . . . . . | 18 | 28,669 |

If there has been any substantial change in any aspect of the organization's financial activities since the end of the period shown above, check the box and attach a detailed explanation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

EXHIBIT 3

Form 1024 (Rev. 9-98)

## Part IV. Notice Requirements (Sections 501(c)(9) and 501(c)(17) Organizations Only)

**1**  Section 501(c)(9) and 501(c)(17) organizations:

Are you filing Form 1024 within 15 months from the end of the month in which the organization was created or formed as required by section 505(c)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," skip the rest of this Part.

If "No," answer question 2.

**2**  If you answer "No" to question 1, are you filing Form 1024 within 27 months from the end of the month in which the organization was created or formed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," your organization qualifies under Regulation section 301.9100-2 for an automatic 12-month extension of the 15-month filing requirement. Do not answer questions 3 and 4.

If "No," answer question 3.

**3**  If you answer "No" to question 2, does the organization wish to request an extension of time to apply under the "reasonable action and good faith" and the "no prejudice to the interest of the government" requirements of Regulations section 301.9100-3? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If "Yes," give the reasons for not filing this application within the 27-month period described in question 2. See Specific Instructions, Part IV, Line 3, page 4, before completing this item. Do not answer question 4.

If "No," answer question 4.

**4**  If you answer "No" to question 3, your organization's qualification as a section 501(c)(9) or 501(c)(17) organization can be recognized only from the date this application is filed. Therefore, does the organization want us to consider its application as a request for recognition of exemption as a section 501(c)(9) or 501(c)(17) organization from the date the application is received and not retroactively to the date the organization was created or formed? . . . . . . . ☐ Yes ☐ No

164                                                                                      EXHIBIT 3

Form 1024 (Rev. 9-98)                                                                                    Page **8**

| **Schedule B** | **Organizations Described in Section 501(c)(4) (Civic leagues, social welfare organizations (including posts, councils, etc., of veterans' organizations not qualifying or applying for exemption under section 501(c)(19)) or local associations of employees.)** |

**1**  Has the Internal Revenue Service previously issued a ruling or determination letter recognizing the applicant organization (or any predecessor organization listed in question 4, Part II of the application) to be exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that the applicant organization (or its predecessor) was carrying on propaganda or otherwise attempting to influence legislation or on the basis that it engaged in political activity? .   .   ☐ **Yes**  ☑ **No**

If "Yes," indicate the earliest tax year for which recognition of exemption under section 501(c)(3) was revoked and the IRS district office that issued the revocation.

**2**  Does the organization perform or plan to perform (for members, shareholders, or others) services, such as maintaining the common areas of a condominium; buying food or other items on a cooperative basis; or providing recreational facilities or transportation services, job placement, or other similar undertakings?  .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**  ☑ **No**

If "Yes," explain the activities in detail, including income realized and expenses incurred. Also, explain in detail the nature of the benefits to the general public from these activities. (If the answer to this question is explained in Part II of the application (pages 2, 3, and 4), enter the page and item number here.)

**3**  If the organization is claiming exemption as a homeowners' association, is access to any property or facilities it owns or maintains restricted in any way?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**  ☑ **No**

If "Yes," explain.

**4**  If the organization is claiming exemption as a local association of employees, state the name and address of each employer whose employees are eligible for membership in the association. If employees of more than one plant or office of the same employer are eligible for membership, give the address of each plant or office.

**NOT APPLICABLE.**

165                                                                                        EXHIBIT 3

Form **1023**
(Rev. June 2006)
Department of the Treasury
Internal Revenue Service

## Application for Recognition of Exemption
## Under Section 501(c)(3) of the Internal Revenue Code

OMB No. 1545-0056

**Note:** If exempt status is approved, this application will be open for public inspection.

*Use the instructions to complete this application and for a definition of all bold items.* For additional help, call IRS Exempt Organizations Customer Account Services toll-free at 1-877-829-5500. Visit our website at **www.irs.gov** for forms and publications. If the required information and documents are not submitted with payment of the appropriate user fee, the application may be returned to you.

Attach additional sheets to this application if you need more space to answer fully. Put your name and EIN on each sheet and identify each answer by Part and line number. Complete Parts I - XI of Form 1023 and submit only those Schedules (A through H) that apply to you.

### Part I    Identification of Applicant

| | | | |
|---|---|---|---|
| 1 | Full name of organization (exactly as it appears in your **organizing document**) | | 2 c/o Name (if applicable) |
| | **Oregon Capitol Watch Foundation** | | |

| | | Room/Suite | |
|---|---|---|---|
| 3 | Mailing address (Number and street) (see instructions) | | 4 Employer Identification Number (EIN) |
| | **PO Box 130** | | |

| | |
|---|---|
| City or town, state or country, and ZIP + 4 | 5 Month the annual accounting period ends (01 – 12) |
| **Sublimity, OR 97385** | 12 |

| | | |
|---|---|---|
| 6 | Primary contact (officer, director, trustee, or **authorized representative**) | |
| | a Name | b Phone: |
| | | c Fax: (optional)    **N/A** |

| | | |
|---|---|---|
| 7 | Are you represented by an authorized representative, such as an attorney or accountant? If "Yes," provide the authorized representative's name, and the name and address of the authorized representative's firm. Include a completed Form 2848, *Power of Attorney and Declaration of Representative*, with your application if you would like us to communicate with your representative. | ☑ Yes ☐ No |

| | | |
|---|---|---|
| 8 | Was a person who is not one of your officers, directors, trustees, employees, or an authorized representative listed in line 7, paid, or promised payment, to help plan, manage, or advise you about the structure or activities of your organization, or about your financial or tax matters? If "Yes," provide the person's name, the name and address of the person's firm, the amounts paid or promised to be paid, and describe that person's role. | ☐ Yes ☑ No |

| | |
|---|---|
| 9a | Organization's website: **N/A** |
| b | Organization's email: (optional) **N/A** |

| | | |
|---|---|---|
| 10 | Certain organizations are not required to file an information return (Form 990 or Form 990-EZ). If you are granted tax-exemption, are you claiming to be excused from filing Form 990 or Form 990-EZ? If "Yes," explain. See the instructions for a description of organizations not required to file Form 990 or Form 990-EZ. | ☐ Yes ☑ No |

| | | |
|---|---|---|
| 11 | Date incorporated if a corporation, or formed, if other than a corporation.    (MM/DD/YYYY) | 04 / 25 / 2011 |

| | | |
|---|---|---|
| 12 | Were you formed under the laws of a **foreign country**? If "Yes," state the country. | ☐ Yes ☑ No |

For Paperwork Reduction Act Notice, see page 24 of the instructions.        Cat. No. 17133K        Form **1023** (Rev. 6-2006)

EXHIBIT 3

Form 1023 (Rev. 6-2006)   Name: Oregon Capitol Watch Foundation   EIN:   Page **2**

## Part II   Organizational Structure

You must be a corporation (including a limited liability company), an unincorporated association, or a trust to be tax exempt. (See instructions.) DO NOT file this form unless you can check "Yes" on lines 1, 2, 3, or 4.

1 Are you a **corporation**? If "Yes," attach a copy of your articles of incorporation showing **certification of filing** with the appropriate state agency. Include copies of any amendments to your articles and be sure they also show state filing certification.
☑ Yes ☐ No

2 Are you a **limited liability company (LLC)**? If "Yes," attach a copy of your articles of organization showing certification of filing with the appropriate state agency. Also, if you adopted an operating agreement, attach a copy. Include copies of any amendments to your articles and be sure they show state filing certification. Refer to the instructions for circumstances when an LLC should not file its own exemption application.
☐ Yes ☑ No

3 Are you an **unincorporated association**? If "Yes," attach a copy of your articles of association, constitution, or other similar organizing document that is dated and includes at least two signatures. Include signed and dated copies of any amendments.
☐ Yes ☑ No

4a Are you a **trust**? If "Yes," attach a signed and dated copy of your trust agreement. Include signed and dated copies of any amendments.
☐ Yes ☑ No

b Have you been funded? If "No," explain how you are formed without anything of value placed in trust.
☐ Yes ☑ No

5 Have you adopted **bylaws**? If "Yes," attach a current copy showing date of adoption. If "No," explain how your officers, directors, or trustees are selected.
☑ Yes ☐ No

## Part III   Required Provisions in Your Organizing Document

The following questions are designed to ensure that when you file this application, your organizing document contains the required provisions to meet the organizational test under section 501(c)(3). Unless you can check the boxes in both lines 1 and 2, your organizing document does not meet the organizational test. DO NOT file this application until you have amended your organizing document. Submit your original and amended organizing documents (showing state filing certification if you are a corporation or an LLC) with your application.

1 Section 501(c)(3) requires that your organizing document state your exempt purpose(s), such as charitable, religious, educational, and/or scientific purposes. Check the box to confirm that your organizing document meets this requirement. Describe specifically where your organizing document meets this requirement, such as a reference to a particular article or section in your organizing document. Refer to the instructions for exempt purpose language. Location of Purpose Clause (Page, Article, and Paragraph):  **Page 1, Sec. 6**
☑

2a Section 501(c)(3) requires that upon dissolution of your organization, your remaining assets must be used exclusively for exempt purposes, such as charitable, religious, educational, and/or scientific purposes. Check the box on line 2a to confirm that your organizing document meets this requirement by express provision for the distribution of assets upon dissolution. If you rely on state law for your dissolution provision, do not check the box on line 2a and go to line 2c.
☑

2b If you checked the box on line 2a, specify the location of your dissolution clause (Page, Article, and Paragraph). Do not complete line 2c if you checked box 2a.  Page 2

2c See the instructions for information about the operation of state law in your particular state. Check this box if you rely on operation of state law for your dissolution provision and indicate the state: _____
☐

## Part IV   Narrative Description of Your Activities

Using an attachment, describe your *past, present,* and *planned* activities in a narrative. If you believe that you have already provided some of this information in response to other parts of this application, you may summarize that information here and refer to the specific parts of the application for supporting details. You may also attach representative copies of newsletters, brochures, or similar documents for supporting details to this narrative. Remember that if this application is approved, it will be open for public inspection. Therefore, your narrative description of activities should be thorough and accurate. Refer to the instructions for information that must be included in your description.

## Part V   Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors

1a List the names, titles, and mailing addresses of all of your officers, directors, and trustees. For each person listed, state their total annual **compensation**, or proposed compensation, for all services to the organization, whether as an officer, employee, or other position. Use actual figures, if available. Enter "none" if no compensation is or will be paid. If additional space is needed, attach a separate sheet. Refer to the instructions for information on what to include as compensation.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| Todd Wynn | Secretary/Treasurer | | 0 |
| John Bryan | Director | | 0 |
| Matt Evans | President | | 0 |
| | | | |
| | | | |

Form **1023** (Rev. 6-2006)

                                                         EXHIBIT 3

Form 1023 (Rev. 6-2006)   Name: **Oregon Capitol Watch Foundation**   EIN: _____   Page **3**

| Part V | Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors *(Continued)* |
|---|---|

**b** List the names, titles, and mailing addresses of each of your five highest compensated employees who receive or will receive compensation of more than $50,000 per year. Use the actual figure, if available. Refer to the instructions for information on what to include as compensation. Do not include officers, directors, or trustees listed in line 1a.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**c** List the names, names of businesses, and mailing addresses of your five highest compensated **independent contractors** that receive or will receive compensation of more than $50,000 per year. Use the actual figure, if available. Refer to the instructions for information on what to include as compensation.

| Name | Title | Mailing address | Compensation amount (annual actual or estimated) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The following "Yes" or "No" questions relate to *past, present, or planned* relationships, transactions, or agreements with your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in lines 1a, 1b, and 1c.

**2a** Are any of your officers, directors, or trustees **related** to each other through **family or business relationships**? If "Yes," identify the individuals and explain the relationship. ☐ Yes  ☑ No

**b** Do you have a business relationship with any of your officers, directors, or trustees other than through their position as an officer, director, or trustee? If "Yes," identify the individuals and describe the business relationship with each of your officers, directors, or trustees. ☐ Yes  ☑ No

**c** Are any of your officers, directors, or trustees related to your highest compensated employees or highest compensated independent contractors listed on lines 1b or 1c through family or business relationships? If "Yes," identify the individuals and explain the relationship. ☐ Yes  ☑ No

**3a** For each of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, or 1c, attach a list showing their name, qualifications, average hours worked, and duties.

**b** Do any of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, or 1c receive compensation from any other organizations, whether tax exempt or taxable, that are related to you through **common control**? If "Yes," identify the individuals, explain the relationship between you and the other organization, and describe the compensation arrangement. ☐ Yes  ☑ No

**4** In establishing the compensation for your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed on lines 1a, 1b, and 1c, the following practices are recommended, although they are not required to obtain exemption. Answer "Yes" to all the practices you use.

**a** Do you or will the individuals that approve compensation arrangements follow a conflict of interest policy? ☑ Yes  ☐ No

**b** Do you or will you approve compensation arrangements in advance of paying compensation? ☑ Yes  ☐ No

**c** Do you or will you document in writing the date and terms of approved compensation arrangements? ☑ Yes  ☐ No

Form **1023** (Rev. 6-2006)

EXHIBIT 3

Form 1023 (Rev. 6-2006)    Name: **Oregon Capitol Watch Foundation**    EIN: ▮▮▮▮▮▮▮    Page **4**

**Part V**   Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors *(Continued)*

| | | | |
|---|---|---|---|
| **d** | Do you or will you record in writing the decision made by each individual who decided or voted on compensation arrangements? | ☑ Yes | ☐ No |
| **e** | Do you or will you approve compensation arrangements based on information about compensation paid by similarly situated taxable or tax-exempt organizations for similar services, current compensation surveys compiled by independent firms, or actual written offers from similarly situated organizations? Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. | ☑ Yes | ☐ No |
| **f** | Do you or will you record in writing both the information on which you relied to base your decision and its source? | ☑ Yes | ☐ No |
| **g** | If you answered "No" to any item on lines 4a through 4f, describe how you set compensation that is **reasonable** for your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in Part V, lines 1a, 1b, and 1c. | | |
| **5a** | Have you adopted a **conflict of interest policy** consistent with the sample conflict of interest policy in Appendix A to the instructions? If "Yes," provide a copy of the policy and explain how the policy has been adopted, such as by resolution of your governing board. If "No," answer lines 5b and 5c. | ☑ Yes | ☐ No |
| **b** | What procedures will you follow to assure that persons who have a conflict of interest will not have influence over you for setting their own compensation? | | |
| **c** | What procedures will you follow to assure that persons who have a conflict of interest will not have influence over you regarding business deals with themselves? | | |
| | **Note:** A conflict of interest policy is recommended though it is not required to obtain exemption. Hospitals, see Schedule C, Section I, line 14. | | |
| **6a** | Do you or will you compensate any of your officers, directors, trustees, highest compensated employees, and highest compensated independent contractors listed in lines 1a, 1b, or 1c through **non-fixed payments**, such as discretionary bonuses or revenue-based payments? If "Yes," describe all non-fixed compensation arrangements, including how the amounts are determined, who is eligible for such arrangements, whether you place a limitation on total compensation, and how you determine or will determine that you pay no more than reasonable compensation for services. Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. | ☐ Yes | ☑ No |
| **b** | Do you or will you compensate any of your employees, other than your officers, directors, trustees, or your five highest compensated employees who receive or will receive compensation of more than $50,000 per year, through non-fixed payments, such as discretionary bonuses or revenue-based payments? If "Yes," describe all non-fixed compensation arrangements, including how the amounts are or will be determined, who is or will be eligible for such arrangements, whether you place or will place a limitation on total compensation, and how you determine or will determine that you pay no more than reasonable compensation for services. Refer to the instructions for Part V, lines 1a, 1b, and 1c, for information on what to include as compensation. | ☐ Yes | ☑ No |
| **7a** | Do you or will you purchase any goods, services, or assets from any of your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," describe any such purchase that you made or intend to make, from whom you make or will make such purchases, how the terms are or will be negotiated at **arm's length**, and explain how you determine or will determine that you pay no more than **fair market value**. Attach copies of any written contracts or other agreements relating to such purchases. | ☐ Yes | ☑ No |
| **b** | Do you or will you sell any goods, services, or assets to any of your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," describe any such sales that you made or intend to make, to whom you make or will make such sales, how the terms are or will be negotiated at arm's length, and explain how you determine or will determine you are or will be paid at least fair market value. Attach copies of any written contracts or other agreements relating to such sales. | ☐ Yes | ☑ No |
| **8a** | Do you or will you have any leases, contracts, loans, or other agreements with your officers, directors, trustees, highest compensated employees, or highest compensated independent contractors listed in lines 1a, 1b, or 1c? If "Yes," provide the information requested in lines 8b through 8f. | ☐ Yes | ☑ No |
| **b** | Describe any written or oral arrangements that you made or intend to make. | | |
| **c** | Identify with whom you have or will have such arrangements. | | |
| **d** | Explain how the terms are or will be negotiated at arm's length. | | |
| **e** | Explain how you determine you pay no more than fair market value or you are paid at least fair market value. | | |
| **f** | Attach copies of any signed leases, contracts, loans, or other agreements relating to such arrangements. | | |
| **9a** | Do you or will you have any leases, contracts, loans, or other agreements with any organization in which any of your officers, directors, or trustees are also officers, directors, or trustees, or in which any individual officer, director, or trustee owns more than a 35% interest? If "Yes," provide the information requested in lines 9b through 9f. | ☐ Yes | ☑ No |

Form **1023** (Rev. 6-2006)

                                    EXHIBIT 3

Form 1023 (Rev. 6-2006)    Name: **Oregon Capitol Watch Foundation**    EIN:    Page **5**

| **Part V** | **Compensation and Other Financial Arrangements With Your Officers, Directors, Trustees, Employees, and Independent Contractors** *(Continued)* |
|---|---|

 **b** Describe any written or oral arrangements you made or intend to make.

 **c** Identify with whom you have or will have such arrangements.

 **d** Explain how the terms are or will be negotiated at arm's length.

 **e** Explain how you determine or will determine you pay no more than fair market value or that you are paid at least fair market value.

 **f** Attach a copy of any signed leases, contracts, loans, or other agreements relating to such arrangements.

| **Part VI** | **Your Members and Other Individuals and Organizations That Receive Benefits From You** |
|---|---|

The following "Yes" or "No" questions relate to goods, services, and funds you provide to individuals and organizations as part of your activities. Your answers should pertain to *past, present,* and *planned* activities. (See instructions.)

| | | | |
|---|---|---|---|
| **1a** | In carrying out your exempt purposes, do you provide goods, services, or funds to individuals? If "Yes," describe each program that provides goods, services, or funds to individuals. | ☐ Yes | ☑ No |
| **b** | In carrying out your exempt purposes, do you provide goods, services, or funds to organizations? If "Yes," describe each program that provides goods, services, or funds to organizations. | ☐ Yes | ☑ No |
| **2** | Do any of your programs limit the provision of goods, services, or funds to a specific individual or group of specific individuals? For example, answer "Yes," if goods, services, or funds are provided only for a particular individual, your members, individuals who work for a particular employer, or graduates of a particular school. If "Yes," explain the limitation and how recipients are selected for each program. | ☐ Yes | ☑ No |
| **3** | Do any individuals who receive goods, services, or funds through your programs have a family or business relationship with any officer, director, trustee, or with any of your highest compensated employees or highest compensated independent contractors listed in Part V, lines 1a, 1b, and 1c? If "Yes," explain how these related individuals are eligible for goods, services, or funds. | ☐ Yes | ☑ No |

| **Part VII** | **Your History** |
|---|---|

The following "Yes" or "No" questions relate to your history. (See instructions.)

| | | | |
|---|---|---|---|
| **1** | Are you a **successor** to another organization? Answer "Yes," if you have taken or will take over the activities of another organization; you took over 25% or more of the fair market value of the net assets of another organization; or you were established upon the conversion of an organization from for-profit to non-profit status. If "Yes," complete Schedule G. | ☐ Yes | ☑ No |
| **2** | Are you submitting this application more than 27 months after the end of the month in which you were legally formed? If "Yes," complete Schedule E. | ☐ Yes | ☑ No |

| **Part VIII** | **Your Specific Activities** |
|---|---|

The following "Yes" or "No" questions relate to specific activities that you may conduct. Check the appropriate box. Your answers should pertain to *past, present,* and *planned* activities. (See instructions.)

| | | | |
|---|---|---|---|
| **1** | Do you support or oppose candidates in **political campaigns** in any way? If "Yes," explain. | ☐ Yes | ☑ No |
| **2a** | Do you attempt to **influence legislation?** If "Yes," explain how you attempt to influence legislation and complete line 2b. If "No," go to line 3a. | ☐ Yes | ☑ No |
| **b** | Have you made or are you making an **election** to have your legislative activities measured by expenditures by filing Form 5768? If "Yes," attach a copy of the Form 5768 that was already filed or attach a completed Form 5768 that you are filing with this application. If "No," describe whether your attempts to influence legislation are a substantial part of your activities. Include the time and money spent on your attempts to influence legislation as compared to your total activities. | ☐ Yes | ☐ No |
| **3a** | Do you or will you operate bingo or **gaming** activities? If "Yes," describe who conducts them, and list all revenue received or expected to be received and expenses paid or expected to be paid in operating these activities. **Revenue** and **expenses** should be provided for the time periods specified in Part IX, Financial Data. | ☐ Yes | ☑ No |
| **b** | Do you or will you enter into contracts or other agreements with individuals or organizations to conduct bingo or gaming for you? If "Yes," describe any written or oral arrangements that you made or intend to make, identify with whom you have or will have such arrangements, explain how the terms are or will be negotiated at arm's length, and explain how you determine or will determine you pay no more than fair market value or you will be paid at least fair market value. Attach copies or written contracts or other agreements relating to such arrangements. | ☐ Yes | ☑ No |
| **c** | List the states and local jurisdictions, including Indian Reservations, in which you conduct or will conduct gaming or bingo. | | |

Form **1023** (Rev. 6-2006)

EXHIBIT 3

Form 1023 (Rev. 6-2006) Name: **Oregon Capitol Watch Foundation** EIN: _____ Page **6**

**Part VIII** **Your Specific Activities** *(Continued)*

**4a** Do you or will you undertake **fundraising**? If "Yes," check all the fundraising programs you do or will conduct. (See instructions.) ☑ Yes ☐ No

☑ mail solicitations ☐ phone solicitations
☑ email solicitations ☑ accept donations on your website
☑ personal solicitations ☑ receive donations from another organization's website
☐ vehicle, boat, plane, or similar donations ☐ government grant solicitations
☑ foundation grant solicitations ☐ Other

Attach a description of each fundraising program.

**b** Do you or will you have written or oral contracts with any individuals or organizations to raise funds for you? If "Yes," describe these activities. Include all revenue and expenses from these activities and state who conducts them. Revenue and expenses should be provided for the time periods specified in Part IX, Financial Data. Also, attach a copy of any contracts or agreements. ☑ Yes ☐ No

**c** Do you or will you engage in fundraising activities for other organizations? If "Yes," describe these arrangements. Include a description of the organizations for which you raise funds and attach copies of all contracts or agreements. ☐ Yes ☑ No

**d** List all states and local jurisdictions in which you conduct fundraising. For each state or local jurisdiction listed, specify whether you fundraise for your own organization, you fundraise for another organization, or another organization fundraises for you.

**e** Do you or will you maintain separate accounts for any contributor under which the contributor has the right to advise on the use or distribution of funds? Answer "Yes" if the donor may provide advice on the types of investments, distributions from the types of investments, or the distribution from the donor's contribution account. If "Yes," describe this program, including the type of advice that may be provided and submit copies of any written materials provided to donors. ☐ Yes ☑ No

**5** Are you **affiliated** with a governmental unit? If "Yes," explain. ☐ Yes ☑ No

**6a** Do you or will you engage in **economic development**? If "Yes," describe your program. ☐ Yes ☑ No
**b** Describe in full who benefits from your economic development activities and how the activities promote exempt purposes.

**7a** Do or will persons other than your employees or volunteers **develop** your facilities? If "Yes," describe each facility, the role of the developer, and any business or family relationship(s) between the developer and your officers, directors, or trustees. ☐ Yes ☑ No

**b** Do or will persons other than your employees or volunteers **manage** your activities or facilities? If "Yes," describe each activity and facility, the role of the manager, and any business or family relationship(s) between the manager and your officers, directors, or trustees. ☐ Yes ☑ No

**c** If there is a business or family relationship between any manager or developer and your officers, directors, or trustees, identify the individuals, explain the relationship, describe how contracts are negotiated at arm's length so that you pay no more than fair market value, and submit a copy of any contracts or other agreements.

**8** Do you or will you enter into **joint ventures**, including partnerships or **limited liability companies** treated as partnerships, in which you share profits and losses with partners other than section 501(c)(3) organizations? If "Yes," describe the activities of these joint ventures in which you participate. ☐ Yes ☑ No

**9a** Are you applying for exemption as a childcare organization under section 501(k)? If "Yes," answer lines 9b through 9d. If "No," go to line 10. ☐ Yes ☑ No

**b** Do you provide child care so that parents or caretakers of children you care for can be **gainfully employed** (see instructions)? If "No," explain how you qualify as a childcare organization described in section 501(k). ☐ Yes ☐ No

**c** Of the children for whom you provide child care, are 85% or more of them cared for by you to enable their parents or caretakers to be gainfully employed (see instructions)? If "No," explain how you qualify as a childcare organization described in section 501(k). ☐ Yes ☐ No

**d** Are your services available to the general public? If "No," describe the specific group of people for whom your activities are available. Also, see the instructions and explain how you qualify as a childcare organization described in section 501(k). ☐ Yes ☐ No

**10** Do you or will you publish, own, or have rights in music, literature, tapes, artworks, choreography, scientific discoveries, or other **intellectual property**? If "Yes," explain. Describe who owns or will own any copyrights, patents, or trademarks, whether fees are or will be charged, how the fees are determined, and how any items are or will be produced, distributed, and marketed. ☐ Yes ☑ No

Form **1023** (Rev. 6-2006)

 EXHIBIT 3

Form 1023 (Rev. 6-2006)   Name: **Oregon Capitol Watch Foundation**   EIN: ▮▮▮▮▮▮   Page **7**

**Part VIII   Your Specific Activities** *(Continued)*

**11**  Do you or will you accept contributions of: real property; conservation easements; closely held securities; intellectual property such as patents, trademarks, and copyrights; works of music or art; licenses; royalties; automobiles, boats, planes, or other vehicles; or collectibles of any type? If "Yes," describe each type of contribution, any conditions imposed by the donor on the contribution, and any agreements with the donor regarding the contribution.   ☐ Yes   ☑ **No**

**12a**  Do you or will you operate in a **foreign country** or **countries?** If "Yes," answer lines 12b through 12d. If "No," go to line 13a.   ☐ Yes   ☑ **No**

  **b**  Name the foreign countries and regions within the countries in which you operate.

  **c**  Describe your operations in each country and region in which you operate.

  **d**  Describe how your operations in each country and region further your exempt purposes.

**13a**  Do you or will you make grants, loans, or other distributions to organization(s)? If "Yes," answer lines 13b through 13g. If "No," go to line 14a.   ☐ Yes   ☑ **No**

  **b**  Describe how your grants, loans, or other distributions to organizations further your exempt purposes.

  **c**  Do you have written contracts with each of these organizations? If "Yes," attach a copy of each contract.   ☐ Yes   ☐ **No**

  **d**  Identify each recipient organization and any **relationship** between you and the recipient organization.

  **e**  Describe the records you keep with respect to the grants, loans, or other distributions you make.

  **f**  Describe your selection process, including whether you do any of the following:

  (i)  Do you require an application form? If "Yes," attach a copy of the form.   ☐ Yes   ☐ **No**

  (ii)  Do you require a grant proposal? If "Yes," describe whether the grant proposal specifies your responsibilities and those of the grantee, obligates the grantee to use the grant funds only for the purposes for which the grant was made, provides for periodic written reports concerning the use of grant funds, requires a final written report and an accounting of how grant funds were used, and acknowledges your authority to withhold and/or recover grant funds in case such funds are, or appear to be, misused.   ☐ Yes   ☐ **No**

  **g**  Describe your procedures for oversight of distributions that assure you the resources are used to further your exempt purposes, including whether you require periodic and final reports on the use of resources.

**14a**  Do you or will you make grants, loans, or other distributions to foreign organizations? If "Yes," answer lines 14b through 14f. If "No," go to line 15.   ☐ Yes   ☑ **No**

  **b**  Provide the name of each foreign organization, the country and regions within a country in which each foreign organization operates, and describe any relationship you have with each foreign organization.

  **c**  Does any foreign organization listed in line 14b accept contributions earmarked for a specific country or specific organization? If "Yes," list all earmarked organizations or countries.   ☐ Yes   ☐ **No**

  **d**  Do your contributors know that you have ultimate authority to use contributions made to you at your discretion for purposes consistent with your exempt purposes? If "Yes," describe how you relay this information to contributors.   ☐ Yes   ☐ **No**

  **e**  Do you or will you make pre-grant inquiries about the recipient organization? If "Yes," describe these inquiries, including whether you inquire about the recipient's financial status, its tax-exempt status under the Internal Revenue Code, its ability to accomplish the purpose for which the resources are provided, and other relevant information.   ☐ Yes   ☐ **No**

  **f**  Do you or will you use any additional procedures to ensure that your distributions to foreign organizations are used in furtherance of your exempt purposes? If "Yes," describe these procedures, including site visits by your employees or compliance checks by impartial experts, to verify that grant funds are being used appropriately.   ☐ Yes   ☐ **No**

Form **1023** (Rev. 6-2006)

EXHIBIT 3

Form 1023 (Rev. 6-2006)   Name: **Oregon Capitol Watch Foundation**   EIN: ▮▮▮▮▮▮   Page **8**

| **Part VIII** | **Your Specific Activities** *(Continued)* | | |
|---|---|---|---|
| 15 | Do you have a **close connection** with any organizations? If "Yes," explain. | ☐ Yes | ☑ No |
| 16 | Are you applying for exemption as a **cooperative hospital service organization** under section 501(e)? If "Yes," explain. | ☐ Yes | ☑ No |
| 17 | Are you applying for exemption as a **cooperative service organization of operating educational organizations** under section 501(f)? If "Yes," explain. | ☐ Yes | ☑ No |
| 18 | Are you applying for exemption as a **charitable risk pool** under section 501(n)? If "Yes," explain. | ☐ Yes | ☑ No |
| 19 | Do you or will you operate a **school**? If "Yes," complete Schedule B. Answer "Yes," whether you operate a school as your main function or as a secondary activity. | ☐ Yes | ☑ No |
| 20 | Is your main function to provide **hospital** or **medical care**? If "Yes," complete Schedule C. | ☐ Yes | ☑ No |
| 21 | Do you or will you provide **low-income housing** or housing for the **elderly or handicapped**? If "Yes," complete Schedule F. | ☐ Yes | ☑ No |
| 22 | Do you or will you provide scholarships, fellowships, educational loans, or other educational grants to individuals, including grants for travel, study, or other similar purposes? If "Yes," complete Schedule H. | ☐ Yes | ☑ No |

**Note: Private foundations** may use Schedule H to request advance approval of individual grant procedures.

Form **1023** (Rev. 6-2006)

173

EXHIBIT 3

Form 1023 (Rev. 6-2006)   Name **Oregon Capitol Watch Foundation**   EIN: ▮▮▮▮▮   Page **9**

## Part IX   Financial Data

For purposes of this schedule, years in existence refer to completed tax years. If in existence 4 or more years, complete the schedule for the most recent 4 tax years. If in existence more than 1 year but less than 4 years, complete the statements for each year in existence and provide projections of your likely revenues and expenses based on a reasonable and good faith estimate of your future finances for a total of 3 years of financial information. If in existence less than 1 year, provide projections of your likely revenues and expenses for the current year and the 2 following years, based on a reasonable and good faith estimate of your future finances for a total of 3 years of financial information. (See instructions.)

### A. Statement of Revenues and Expenses

| | Type of revenue or expense | (a) From 4/11 To 12/11 | (b) From 1/12 To 12/12 | (c) From 1/13 To 12/13 | (d) From ......... To ......... | (e) Provide Total for (a) through (d) |
|---|---|---|---|---|---|---|
| **Revenues** | **1** Gifts, grants, and contributions received (do not include unusual grants) | 176,900 | 353,800 | 353,800 | | 884,500 |
| | **2** Membership fees received | 0 | 0 | 0 | | 0 |
| | **3** Gross investment income | 0 | 0 | 0 | | 0 |
| | **4** Net unrelated business income | 0 | 0 | 0 | | 0 |
| | **5** Taxes levied for your benefit | 0 | 0 | 0 | | 0 |
| | **6** Value of services or facilities furnished by a governmental unit without charge (not including the value of services generally furnished to the public without charge) | 0 | 0 | 0 | | 0 |
| | **7** Any revenue not otherwise listed above or in lines 9–12 below (attach an itemized list) | 0 | 0 | 0 | | 0 |
| | **8** Total of lines 1 through 7 | | | | | 0 |
| | **9** Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to your exempt purposes (attach itemized list) | 0 | 0 | 0 | | 0 |
| | **10** Total of lines 8 and 9 | 0 | 0 | 0 | | 0 |
| | **11** Net gain or loss on sale of capital assets (attach schedule and see instructions) | | | | | |
| | **12** **Unusual grants** | | | | | |
| | **13** Total Revenue Add lines 10 through 12 | 176,900 | 353,800 | 353,800 | | 884,500 |
| **Expenses** | **14** Fundraising expenses | 7,500 | 15,000 | 15,000 | | |
| | **15** Contributions, gifts, grants, and similar amounts paid out (attach an itemized list) | 0 | 0 | 0 | | |
| | **16** Disbursements to or for the benefit of members (attach an itemized list) | 0 | 0 | 0 | | |
| | **17** Compensation of officers, directors, and trustees | 0 | 0 | 0 | | |
| | **18** Other salaries and wages | 48,000 | 96,000 | 96,000 | | |
| | **19** Interest expense | 0 | 0 | 0 | | |
| | **20** Occupancy (rent, utilities, etc.) | 2700 | 5400 | 5400 | | |
| | **21** Depreciation and depletion | 0 | 0 | 0 | | |
| | **22** Professional fees | 3,500 | 3,500 | 3,500 | | |
| | **23** Any expense not otherwise classified, such as program services (attach itemized list) | 115,200 | 233,900 | 233,900 | | |
| | **24** Total Expenses Add lines 14 through 23 | 176,900 | 353,800 | 353,800 | | |

Form **1023** (Rev. 6-2006)

EXHIBIT 3

Form 1023 (Rev. 6-2006)   Name: **Oregon Capitol Watch Foundation**   EIN:   Page **10**

## Part IX   Financial Data (Continued)

### B. Balance Sheet (for your most recently completed tax year)

Year End:

**Assets** (Whole dollars)

| | | |
|---|---|---|
| 1 Cash | 1 | 0 |
| 2 Accounts receivable, net | 2 | 0 |
| 3 Inventories | 3 | 0 |
| 4 Bonds and notes receivable (attach an itemized list) | 4 | 0 |
| 5 Corporate stocks (attach an itemized list) | 5 | 0 |
| 6 Loans receivable (attach an itemized list) | 6 | 0 |
| 7 Other investments (attach an itemized list) | 7 | 0 |
| 8 Depreciable and depletable assets (attach an itemized list) | 8 | 0 |
| 9 Land | 9 | 0 |
| 10 Other assets (attach an itemized list) | 10 | 0 |
| 11 Total Assets (add lines 1 through 10) | 11 | 0 |

**Liabilities**

| | | |
|---|---|---|
| 12 Accounts payable | 12 | 0 |
| 13 Contributions, gifts, grants, etc. payable | 13 | 0 |
| 14 Mortgages and notes payable (attach an itemized list) | 14 | 0 |
| 15 Other liabilities (attach an itemized list) | 15 | 0 |
| 16 Total Liabilities (add lines 12 through 15) | 16 | 0 |

**Fund Balances or Net Assets**

| | | |
|---|---|---|
| 17 Total fund balances or net assets | 17 | 0 |
| 18 Total Liabilities and Fund Balances or Net Assets (add lines 16 and 17) | 18 | 0 |

19 Have there been any substantial changes in your assets or liabilities since the end of the period shown above? If "Yes," explain.   ☐ Yes   ☑ No

## Part X   Public Charity Status

Part X is designed to classify you as an organization that is either a **private foundation** or a **public charity**. Public charity status is a more favorable tax status than private foundation status. If you are a private foundation, Part X is designed to further determine whether you are a **private operating foundation**. (See instructions.)

1a Are you a private foundation? If "Yes," go to line 1b. If "No," go to line 5 and proceed as instructed. If you are unsure, see the instructions.   ☐ Yes   ☑ No

b As a private foundation, section 508(e) requires special provisions in your organizing document in addition to those that apply to all organizations described in section 501(c)(3). Check the box to confirm that your organizing document meets this requirement, whether by express provision or by reliance on operation of state law. Attach a statement that describes specifically where your organizing document meets this requirement, such as a reference to a particular article or section in your organizing document or by operation of state law. See the instructions, including Appendix B, for information about the special provisions that need to be contained in your organizing document. Go to line 2.   ☐

2 Are you a private operating foundation? To be a private operating foundation you must engage directly in the active conduct of charitable, religious, educational, and similar activities, as opposed to indirectly carrying out these activities by providing grants to individuals or other organizations. If "Yes," go to line 3. If "No," go to the signature section of Part XI.   ☐ Yes   ☐ No

3 Have you existed for one or more years? If "Yes," attach financial information showing that you are a private operating foundation; go to the signature section of Part XI. If "No," continue to line 4.   ☐ Yes   ☐ No

4 Have you attached either (1) an affidavit or opinion of counsel, (including a written affidavit or opinion from a certified public accountant or accounting firm with expertise regarding this tax law matter), that sets forth facts concerning your operations and support to demonstrate that you are likely to satisfy the requirements to be classified as a private operating foundation; or (2) a statement describing your proposed operations as a private operating foundation?   ☐ Yes   ☐ No

5 If you answered "No" to line 1a, indicate the type of public charity status you are requesting by checking one of the choices below. You may check only one box.

The organization is not a private foundation because it is:

a 509(a)(1) and 170(b)(1)(A)(i)—a church or a convention or association of churches. Complete and attach Schedule A.   ☐

b 509(a)(1) and 170(b)(1)(A)(ii)—a school. Complete and attach Schedule B.   ☐

c 509(a)(1) and 170(b)(1)(A)(iii)—a hospital, a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital. Complete and attach Schedule C.   ☐

d 509(a)(3)—an organization supporting either one or more organizations described in line 5a through c, f, g, or h or a publicly supported section 501(c)(4), (5), or (6) organization. Complete and attach Schedule D.   ☐

Form **1023** (Rev. 6-2006)

EXHIBIT 3