**Internal Revenue Service**
P.O. Box 2508
Cincinnati, OH 45201

**Department of the Treasury**

**Date:** February 16, 2012

**Employer Identification Number:**

█████████

Arlington Tea Party

████████████████████████████

Arlington, TX 76011-8222

**Person to Contact – Group #:**
 Joseph R Herr - 7821
 ID# 0110233
**Contact Telephone Numbers:**
 (513) 263-3725   Phone
 (513) 263-4488   Fax
**Response Due Date:**
 March 8, 2012

Dear Sir or Madam:

We need more information before we can complete our consideration of your application for exemption.  Please provide the information requested on the enclosed Information Request by the response due date shown above. Your response must be signed by an authorized person or an officer whose name is listed on your application.  Also, the information you submit should be accompanied by the following declaration:

*Under penalties of perjury, I declare that I have examined this information, including accompanying documents, and, to the best of my knowledge and belief, the information contains all the relevant facts relating to the request for the information, and such facts are true, correct, and complete.*

If we approve your application for exemption, we will be required by law to make the application and the information that you submit in response to this letter available for public inspection. Please ensure that your response doesn't include unnecessary personal identifying information, such as bank account numbers or Social Security numbers, that could result in identity theft or other adverse consequences if publicly disclosed.  If you have any questions about the public inspection of your application or other documents, please call the person whose name and telephone number are shown above.

To facilitate processing of your application, please attach a copy of this letter to your response and all correspondence related to your application.  This will enable us to quickly and accurately associate the additional documents with your case file.  Also, please note the following important response submission information:

*   Please don't fax <u>and</u> mail your response.  Faxing and mailing your response will result in unnecessary delays in processing your application. Each piece of correspondence submitted (whether fax or mail) must be processed, assigned, and reviewed by an EO Determinations specialist.

*   Please don't fax your response multiple times.  Faxing your response multiple times will delay the processing of your application for the reasons noted above.

EXHIBIT 4

2

<u>Arlington Tea Party</u>

███████████

• Please don't call to verify receipt of your response without allowing for adequate processing time. It takes a minimum of three workdays to process your faxed or mailed response from the day it is received.

If we don't hear from you by the response due date shown above, we will assume you no longer want us to consider your application for exemption and will close your case. As a result, the Internal Revenue Service will treat you as a taxable entity. If we receive the information after the response due date, we may ask you to send us a new application.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Sincerely yours,

Joseph R Herr
Exempt Organizations Specialist

Enclosure:  Information Request

Letter 1312 (Rev. 05-2011)

EXHIBIT 4

Arlington Tea Party

█████████

Additional Information Requested:

1. Enclosed is a copy of your Certificate of Formation obtained from the Secretary of State of Texas website. We have made it part of your file. Because we have provided a copy of this information to you, it is available for public inspection as part of your exemption application. Please let us know if you have questions regarding this document.

2. The Secretary of State of Texas website also indicates your organization's Entity Status is "Forfeited existence." Please correct that the situation with the state and then submit documentation showing resolution of the matter.

3. Please provide us with a temporary Username and Password that we could use to review your organization's website.

4. Provide hardcopy printouts of your organization's webpage including the sections restricted to registered users.

5. Does your organization promote or publicize itself using any internet social media such as Facebook? If so, please list the social media outlets and provide hardcopy printouts of those outlets.

6. In your response regarding the narrative description of your activities, you indicated you have three primary activities:
   - Teach the principles of individual liberty and limited government
   - Inform the public about current issues
   - Train and organize individuals

   For each of the three activities, please provide the following information:
   a. Provide a more detailed description of the activity that includes a description of how the activity furthers your exempt purpose and examples of actions you have taken or plan to undertake to further each activity. For these broad activities, break the description down into various component activities.
   b. How much time as a percentage of your organization's total time has been devoted to each activity and to each component activity?
   c. What financial resources in dollars have been devoted to each activity and to each component activity?
   d. How much time is devoted to each activity and to each component activity by employee, paid consultant, or volunteer?

7. Regarding the three activities, state whether your organization has established policies and controls to track expenses related to each activity.
   a. If so, please describe those controls. If these policies and controls are in writing, provide a copy.
   b. Does your organization allocate administrative/overhead among the activities? If so, please describe how the expenses are allocated.

8. Describe your organization's sources of income in further detail. If your organization engaging in fundraising activities, please provide the following information:
   a. Copies of all solicitations your organization has made regarding funding, including fundraising that occurs in an election year and non-election year.
   b. Copies of all documents related to your organization's organization fundraising

EXHIBIT 4

4

Arlington Tea Party

█████████

events, including pamphlets, flyers, brochures, and webpage solicitations.
c. How much of your organization's budget is spent on fundraising expenses?

9. Please provide updated financial data for Parts III, A & B on page 5 of Form 1024 enclosed. Include actual information from 2010 and 2011 and proposed budgets for 2012 and 2013. Include supporting schedules to all line items as requested on the page.

10. Please identify any advocacy communications prepared and financed by your organization. For each of those communications, provide the following information:
    a. Provide a copy of the print communication or a transcript of the broadcast communication.
    b. Provide the date when the communication was first disseminated to the public; the period of time it was made available to the public; and the frequency the communication was printed or broadcast during that period.
    c. Describe the geographic area where the communication was disseminated to the public.
    d. State whether the communication was part of an ongoing series of substantially similar advocacy communications by your organization on the same issue. If so, identify the other communications in the series with the dates those communications were first disseminated to the public.
    e. State whether the communication identifies specific legislation, or a specific event outside your organization's control, that your organization hopes to influence.
    f. Describe any considerations that influenced the timing of the communication and whether those considerations were tied to events outside the control of your consideration.
    g. State the total expenses used to prepare and disseminate the communication.

11. Has your organization engaged in any activities with the news media? If so, please describe those activities in further detail and, if available, provide copies of articles printed or transcripts of items aired because of that activity. New media activity may include the following:
    a. Press releases
    b. Interviews with news media
    c. Letters to the editor
    d. Op-ed pieces

12. Provide the following information for all the public events conducted or planned to be conducted by your organization:
    a. The time, location, and content schedule of each event
    b. Identify and provide copies of handouts to the audience
    c. Identify workshop materials that instructors will use
    d. The names and credentials of the instructors
    e. If speeches or forums were or will be conducted at the event, provide detailed contents of the speeches or forums, names of the speakers or panels, and their credentials. If any speakers or panel members will be paid, provide the amount will be paid for each person. If not, please indicate they volunteered to conduct the event.
    f. The names of persons from your organization and the amount of time they will spend on the event. Indicate the name and amount of time they will spend on the

EXHIBIT 4

Arlington Tea Party

event. Indicate the name and amount of compensation that will be paid to each person. If no one will be paid, indicate this event will be conducted by volunteers to each person.

g. Indicate the percentage of time and resources you will spend on these activities in relation to 100% of all your activities.

13. Have you conducted or will you conduct candidate forums or other events at which candidates running for public offices are invited to speak? If so, provide the following details and nature of the forum including:

a. The names of candidates invited to participate
b. The names of the candidates who did participate
c. The issues that were discussed
d. The time and location of the event
e. Copies of all handouts provided and distributed at the forum. including any internet or advertising material discussed or used at the forum.
f. Indicate the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.

14. Do you directly or indirectly communicate with members of legislative bodies?

a. If so, provide copies of the written communications and contents of other form of communications.
b. Please include the percentage of time and resources you have spent or will spend conducting these activities in relation to 100% of all your activities.

PLEASE DIRECT ALL CORRESPONDENCE REGARDING YOUR CASE TO:

US Mail:

Internal Revenue Service
Exempt Organizations
P. O. Box 2508
Cincinnati, OH 45201
Attn:   Joseph R Herr
        Room 4514
        Group 7821

Street Address for Delivery Service:

Internal Revenue Service
Exempt Organizations
550 Main St, Federal Bldg.
Cincinnati, OH 45202
Attn: Joseph R Herr
       Room 4514
       Group 7821

EXHIBIT 4