UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINCHPINS OF LIBERTY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 13-777 (RBW) |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the Motion of States of Ohio, Alabama, and South Carolina for Leave to File Amicus Brief in Support of Plaintiffs is **GRANTED**.  It is further

**ORDERED** that the defendants' Motion to Dismiss Counts IV, V, VI, VII, IX, and Part of VIII is **GRANTED**.  It is further

**ORDERED** that Defendant Carter Hull's Motion to Dismiss is **GRANTED**.  It is further

**ORDERED** that the Individual Management Defendants' Motion to Dismiss is **GRANTED**.  It is further

**ORDERED** that the plaintiffs' request for oral argument will be **DENIED AS MOOT**.  It is further

**ORDERED** that defendants United States and the Secretary of the Treasury in his official capacity shall file a responsive pleading to count eight of the amended complaint, with respect to Patriots Educating Concerned Americans Now and Liberty Township Tea Party, Inc., within fourteen days of the issuance of this Order.  It is further

1

**ORDERED** that the parties shall appear before the Court for a status conference on November 12, 2014 at 2:00 p.m.

**SO ORDERED** this 23rd day of October, 2014.

REGGIE B. WALTON
United States District Judge
