# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCHPINS OF LIBERTY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 13-777 (RBW) |
| UNITED STATES, et al., | ) |
| Defendants. | ) |

## ORDER

The parties in this civil action appeared before the Court on October 12, 2016, for a status conference. In accordance with the oral rulings made by the Court during the conference, it is hereby

**ORDERED** that on or before November 11, 2016, defendant Internal Revenue Service ("IRS") shall issue determinations on (1) the plaintiffs' tax-exempt applications that remain pending for processing by the IRS and (2) the plaintiffs' tax-exempt applications that were previously withdrawn in light of the discriminatory targeting scheme and reactivated upon the plaintiffs' counsel's oral motion during the status conference. It is further

**ORDERED** that on or before November 11, 2016, the defendants shall file their motion to dismiss, or in the alternative, motion for summary judgment, stating their position as to why the claims of the plaintiffs who have already received determinations on their tax-exempt applications are now moot as alleged during the October 12, 2016 status conference, given the United States Court of Appeals for the District of Columbia Circuit's opinion in this case. In their motion in support of their mootness position, the defendants shall indicate why the claims of these plaintiffs are moot, including addressing why these plaintiffs who have been granted

tax-exempt statuses will not experience any negative consequences resulting from the alleged discriminatory targeting scheme employed by the defendants throughout their tenure as a tax-exempt entities.  Although not addressed during the status conference, it is further

**ORDERED** that on or before November 11, 2016, the plaintiffs shall advise the Court as to what, if any, declaratory relief they believe they are entitled to receive based on the current record.  It is further

**ORDERED** that the parties shall appear before the Court for a status conference on November 18, 2016, at 2:30 p.m.[1]

**SO ORDERED** this 14th day of October, 2016.

REGGIE B. WALTON<br>United States District Judge

---

[1] As indicated during the status conference, the Court will entertain any request for discovery, and if discovery is deemed necessary, what the scope of the discovery authorized should be.