IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCHPINS OF LIBERTY, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 1:13-cv-00777-RBW |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants. ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR SUMMARY JUDGMENT
AS TO REMAINING CLAIMS**

In consideration of the United States' Motion for Summary Judgment as to Remaining Claims, it is ORDERED that the motion is GRANTED and that Plaintiffs' claims in Counts IV, V, VI, VII and VIII are DISMISSED.

**SO ORDERED** this _____ day of _____, _____.

_____
REGGIE B. WALTON
United States District Judge