IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LINCHPINS OF LIBERTY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-00777-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT ORDER**

The parties in the above-captioned action have reached an agreement to settle this case upon entry of the attached proposed Consent Order. This settlement will resolve all remaining claims in this action. The parties therefore respectfully move the Court to approve the content of the attached proposed Consent Order.[1] A proposed order accompanies this motion.

DATED: October 25, 2017.

---

[1] The parties are not seeking entry of the Consent Order at this time. Upon the Court's approval, the parties will submit a copy of the order signed by the United States and the individual Plaintiffs to be entered by the Court.

Respectfully submitted,

| | |
|---|---|
| Jay Alan Sekulow, *Counsel of Record* | DAVID A. HUBBERT |
| (D.C. Bar No. 496335) | Acting Assistant Attorney General |
| Stuart J. Roth (D.C. Bar No. 475937) | Tax Division |
| Andrew J. Ekonomou* | |
| Jordan A. Sekulow (D.C. Bar No. 991680) | |
| Robert W. Ash* | /s/ Joseph A. Sergi |
| /s/ Carly F. Gammill | JOSEPH A. SERGI (DC 480837) |
| Carly F. Gammill (D.C. Bar No. 982663) | Senior Litigation Counsel |
| Abigail A. Southerland (TN Bar No. 26608) | U.S. Department of Justice, Tax Division |
| Miles L. Terry (D.C. Bar No. 1011546)* | 555 4th Street, N.W., JCB 7207 |
| AMERICAN CENTER FOR LAW &JUSTICE | Washington, D.C. 20001 |
| 201 Maryland Avenue, NE | (202) 305-0868 |
| Washington, DC 20002 | Joseph.A.Sergi@usdoj.gov |
| Tel. (202) 546-8890 | |
| Fax (202) 546-9309 | |
| sekulow@aclj.org | LAURA M. CONNER (VA 40388) |
| | STEVEN M. DEAN (DC 1020497) |
| Julian A. Fortuna* | JOSEPH R. GANAHL (MD) |
| Taylor English & Duma, LLP | W. CARL HANKLA (DC 411665) |
| 1600 Parkwood Circle, Suite 200 | JEREMY N. HENDON (OR 982490) |
| Atlanta, GA 30339 | Trial Attorneys |
| Tel. (770) 434-6868 | U.S. Department of Justice, Tax Division |
| Fax (770) 434-7376 | 555 4th Street, N.W. |
| Jfortuna@taylorenglish.com | Washington, D.C. 20001 |
| | (202) 514-20000 |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |
| *Admitted *pro hac vice* | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LINCHPINS OF LIBERTY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:13-cv-00777-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2017, the JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT ORDER in the above-captioned matter was filed with the United States District Court for the District of Columbia via the Court's CM/ECF system.

*/s/ Joseph A. Sergi*
JOSEPH A. SERGI