IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINCHPINS OF LIBERTY, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:13-cv-00777-RBW |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the parties' JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT ORDER, and for good cause shown, it is hereby **ORDERED** that the content of the proposed Consent Order attached to the parties' motion is **APPROVED**.

**SO ORDERED** this _____ day of October, 2017.

_____
REGGIE B. WALTON
United States District Judge