IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINCHPINS OF LIBERTY, *et al.*,

    Plaintiffs,

v.                                            Civil Action No. 1:13-cv-00777-RBW

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

**ORDER**

Upon consideration of the parties' JOINT MOTION FOR APPROVAL OF PROPOSED CONSENT ORDER, and for good cause shown, it is hereby **ORDERED** that the content of the proposed Consent Order attached to the parties' motion is **APPROVED**.

**SO ORDERED** this 27th day of October, 2017.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge